Ex. A

# UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF FLORIDA

---

**HARRY JOSEPH BOWMAN,**

**Plaintiff,**

**vs.**

**THE UNITED STATES DRUG
ENFORCEMENT ADMINISTRATION,**

**and**

**ERIC J. HOLDER, Jr., as Attorney General
of the United States, THE UNITED STATES
DEPARTMENT OF JUSTICE,**

**Defendants.**

---

## EXHIBIT A

**5 Page Itemization of Pertinent Correspondence Regarding
Plaintiff's Requests for Documents**

| **DATE** | **SENDER** | **RECEIVER** |
|---|---|---|
| 24-Feb-03 | **Henry Gonzalez, Esq.**<br>With Affirmation / Declaration from Plaintiff | **DEA** |
| 24-Feb-03 | **Henry Gonzalez, Esq.**<br>With Affirmation / Declaration from Plaintiff | **DOJ** |
| 24-Feb-03 | **Henry Gonzalez, Esq.**<br>With Affirmation / Declaration from Plaintiff | **ATF** |
| 24-Feb-03 | **Henry Gonzalez, Esq.**<br>With Affirmation / Declaration from Plaintiff | **Customs** |
| 3/19/2003 | **DEA** | **Henry Gonzalez, Esq.** |
| 3/26/2003 | **Henry Gonzalez, Esq.** | **DEA** |
| 10/20/2003 | **Henry Gonzalez, Esq.** | **DEA** |
| 10/20/2003 | **Henry Gonzalez, Esq.** | **DOJ** |
| 10/20/2003 | **Henry Gonzalez, Esq.** | **ATF** |
| 10/20/2003 | **Henry Gonzalez, Esq.** | **Secret Service** |
| 12/8/2003 | **INTERPOL (DOJ)** | **Henry Gonzalez, Esq.** |
| 1/8/2004 | **INTERPOL (DOJ)** | **Henry Gonzalez, Esq.** |
| 1/30/2004 | **DEA** | **Henry Gonzalez, Esq.** |
| 7/20/2005 | **Plaintiff (pro se)** | **Broward County Sheriff** |
| 9/12/2005 | **Broward County Sheriff** | **Henry Gonzalez, Esq.** |
| 3/21/2006 | **Broward County Sheriff** | **Henry Gonzalez, Esq.** |
| 10/15/2007 | **Henry Gonzalez, Esq.** | **DEA** |

| DATE | SENDER | RECEIVER |
|---|---|---|
| 3/25/2008 | **Henry Gonzalez, Esq.**<br><u>This is the first request subject to the present litigation</u><br>Refers to September 7, 2007 18 USC 2255 District Court testimony.<br>It is explained that testimony revealed "Operation Silverspoke" to be<br>a DEA investigation.<br>Transcript of September 7, 2007 testimony enclosed. | **DEA** |
| 6/1/2008 | **Henry Gonzalez, Esq.**<br>Refers to 3/25/08 request | **DEA** |
| 6/6/2008 | **Henry Gonzalez, Esq.**<br>Makes requests for documents.<br>Request is specifically referenced in 5/19/11 denial from DEA.<br>*Plaintiff is unable to locate this document* | **DEA** |
| 6/9/2008 | **DEA**<br>Refers to 3/25/08 request | **Henry Gonzalez, Esq.** |
| 8/8/2008 | **DEA**<br>Refers to 6/9/08 DEA correspondence<br>Assigns number #08-0898 to case | **Henry Gonzalez, Esq.** |
| 9/11/2008 | **DEA**<br>Case # 08-0898-F<br>Refers to 3/26/03, 3/25/08 and 6/1/08 requests | **Henry Gonzalez, Esq.** |
| 10/16/2008 | **Henry Gonzalez, Esq.**<br>Case # 08-0898-F<br>Plaintiff's certificate of identity enclosed | **DEA** |
| 11/2/2008 | **Henry Gonzalez, Esq.**<br>Two Third Party Release Statements enclosed | **DEA** |
| 11/24/2008 | **Henry Gonzalez, Esq.**<br>Case # 08-0898-F<br>One Third Party Release Statement enclosed | **DEA** |
| 2/18/2009 | **DEA**<br>Case # 08-0898-F<br>Refers to 9/11/08 DEA correspondence | **Henry Gonzalez, Esq.** |

| **DATE** | **SENDER** | **RECEIVER** |
|---|---|---|
| 2/23/2009 | **Henry Gonzalez, Esq.**<br>Case # 08-0898-F<br>Refers to 2/18/09 DEA correspondence | **DEA** |
| 12/4/2009 | **Henry Gonzalez, Esq.**<br>Case # 08-0898-F<br>One Third Party Release Statement Enclosed | **DEA** |
| 2/15/2010 | **Henry Gonzalez, Esq.**<br>Case # 08-0898-F<br>Encloses 2/18/09 DEA correspondence | **DEA** |
| 7/6/2010 | **Henry Gonzalez, Esq.**<br>Case # 08-0898-F<br>Encloses 2/15/10 request | **DEA** |
| 10/5/2010 | **Henry Gonzalez, Esq.**<br>Refers to 9/11/08 DEA correspondence<br>Encloses 7/6/10 request, as well as 2/18/09 and 9/11/08 DEA correspondence. | **DEA** |
| 11/5/2010 | **Henry Gonzalez, Esq.**<br>Refers to 10/5/10 request | **DEA** |
| 2/2/2011 | **Henry Gonzalez, Esq.**<br>Refers to 10/5/10 request<br>Encloses 7/6/10, 10/5/10 and 11/5/10 requests<br>Encloses 2/18/09 DEA correspondence | **DEA** |
| 4/27/2011 | **DEA**<br>Case # 08-0898-F<br>Refers to requests covering the time period of 3/26/03 through 2/2/11<br>Refers to US District Court docket no. 8:07-cv-466-T-30TGW<br>12 pages of records enclosed<br>*Warns plaintiff that he has 60 days to appeal* | **Henry Gonzalez, Esq.** |
| 5/12/2011 | **ATF**<br>Refers to 3 documents referred to ATF from the DEA<br>Almost all of the 3 enclosed pages are redacted | **Henry Gonzalez, Esq.** |

| DATE | SENDER | RECEIVER |
|------|--------|----------|
| 5/19/2011 | **DEA**<br>Case # 08-0898-F<br>Refers to 6/6/08 request<br>Refers to 4/21/11 DEA correspondence<br>Encloses 2 heavily redacted pages, prepared 9/24/86<br>*Warns plaintiff that he has 60 days to appeal* | **Henry Gonzalez, Esq.** |
| 6/16/2011 | **DEA**<br>Case # 08-0898-F<br>Refers to 6/6/08 request<br>Refers to 4/21/11 DEA correspondence<br>Encloses 10 heavily redacted pages, prepared 9/24/86<br>*Warns plaintiff that he has 60 days to appeal* | **Henry Gonzalez, Esq.** |
| 6/22/2011 | **Henry Gonzalez, Esq.**<br>Administrative Appeal<br>Case # 08-0898-F<br>Refers to 4/27/11 DEA correspondence *(denial)* | **DOJ** |
| 7/5/2011 | **Henry Gonzalez, Esq.**<br>Administrative Appeal<br>Case # 2011-740<br>Encloses 5/12/11 ATF denial and the 3 documents | **DOJ** |
| 7/8/2011 | **DOJ**<br>Request # 08-0898-F<br>Assigned as Appeal # AP-2011-02352<br>Refers to appeal received, 6/30/11<br>DEA matter | **Henry Gonzalez, Esq.** |
| 7/28/2011 | **DOJ**<br>Request # 2011-740<br>Assigned as # AP-2011-02547<br>Refers to appeal received, 7/22/11<br>ATF matter | **Henry Gonzalez, Esq.** |
| 8/9/2011 | **Timothy P. Murphy, Esq.**<br>Administrative Appeal<br>Case # 08-0898-F<br>Refers to 6/16/11 DOJ correspondence *(denial)*<br>Refers to 6/6/08 request<br>Encloses 6/16/11 DOJ correspondence, with 10 other enclosed pages | **DOJ** |

| **DATE** | **SENDER** | **RECEIVER** |
|---|---|---|
| 8/18/2011 | **DOJ**<br>Request # 08-0898-F<br>Assigned as # AP-2011-02816<br>Refers to appeal received, 8/10/11 | **Timothy P. Murphy, Esq.** |
| 11/2/2011 | **DOJ**<br>Request # 08-0898-F<br>AP-2011-02352<br>Appeal denied<br>*Warns plaintiff that he may appeal under 5 USC 552* | **Henry Gonzalez, Esq.** |
| 11/11/2011 | **Timothy P. Murphy, Esq.**<br>Case # 08-0898-F<br>Plaintiff's certificate of identity enclosed (form 361) | **DOJ** |
| 11/18/2011 | **DOJ**<br>Request # 08-0898-F<br>AP-2011-02816 | **Timothy P. Murphy, Esq.** |
| 11/28/2011 | **Timothy P. Murphy, Esq.**<br>Request # 08-0898-F<br>AP-2011-02816<br>Encloses 11/11/11 correspondence from plaintiff | **DOJ** |
| 1/19/2012 | **DOJ**<br>Request # 08-0898-F<br>AP-2011-02816<br>Appeal denied<br>*Warns plaintiff that he may appeal under 5 USC 552* | **Timothy P. Murphy, Esq.** |

Ex. B

# UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF FLORIDA

---

**HARRY JOSEPH BOWMAN,**

**Plaintiff,**

**vs.**

**THE UNITED STATES DRUG
ENFORCEMENT ADMINISTRATION,**

**and**

**ERIC J. HOLDER, Jr., as Attorney General
of the United States, THE UNITED STATES
DEPARTMENT OF JUSTICE,**

**Defendants.**

---

# EXHIBIT B

## Copies of Pertinent Documents Regarding
## Plaintiff's Requests for Documents

# Henry Gonzalez

### Attorney At Law

Also Admitted
   District of Columbia
   State of New York

708 Jackson St.
Tampa, Florida 33602
Telephone:(813) 221-2505
Fax:(813) 221-2205

February 24, 2003

U.S. Department of Justice
Drug Enforcement Administration
Washington, D.C., 20537

In re: Harry Joseph Bowman
     SS# 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
     Client's Current Address:
     U.S. Penitentiary, Atlanta, Ga.
     Client's Date of Birth: 07/17/49
     Client's Place of Birth: St. Clair,
     St. Clair County, Michigan

Dear Sir/Madam:

    Pursuant 31 CFR Subtitle A; Part 1, Subpart A – Under 5 U.S.C. 552, as Amended. As attorney for Harry Joseph Bowman, we are requesting any and all information pursuant to the Freedom of Information Act.

    Enclosed please find the required completed Affirmation/Declaration form.

Henry Gonzalez, Esq.

## AFFIRMATION/DECLARATION

This is to affirm that I, Harry Joseph Bowman, request access to records maintained by the Drug Enforcement Administration which pertain to me to be furnished to my attorney, Henry Gonzalez,  Gonzalez Legal Services, P.A., 708 Jackson Street, Tampa, FL.33602.

I understand that knowingly or willfully seeking or obtaining access to records about another person under false pretenses is punishable by a fine up to $5,000.  I also understand that any applicable fees must be paid by me.

I hereby declare or certify under the penalty of perjury that the foregoing is true and correct.

Executed on   3-6-03

Signature   *Harry J Bowman*

Subscribed and sworn to before me,
this ___ day of _____, 2003.

*[signature]*
Notary Public

Andrew Kingston
Notary Public Fulton County
My Commission Expires June 1, 2006

# Henry Gonzalez
### Attorney At Law

Also Admitted
  District of Columbia
  State of New York

708 Jackson St.
Tampa, Florida 33602
Telephone:(813) 221-2505
Fax:(813) 221-2205

February 24, 2003

U.S. Department of Justice
Federal Bureau of Investigation
935 Pennsylvania Ave., N.W.
Washington, D.C., 20535

In re: Harry Joseph Bowman
SS# 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
Client's Current Address:
U.S. Penitentiary, Atlanta, Ga.
Client's Date of Birth: 07/17/49
Client's Place of Birth: St. Clair,
St. Clair County, Michigan

Dear Sir/Madam:

Pursuant 31 CFR Subtitle A; Part 1, Subpart A – Under 5 U.S.C. 552, as Amended. As attorney for Harry Joseph Bowman, we are requesting any and all information pursuant to the Freedom of Information Act.

Enclosed please find the required completed Affirmation/Declaration form.

Henry Gonzalez, Esq.

## AFFIRMATION/DECLARATION

This is to affirm that I, Harry Joseph Bowman, request access to records maintained by the Federal Bureau of Investigation which pertain to me to be furnished to my attorney, Henry Gonzalez,  Gonzalez Legal Services, P.A., 708 Jackson Street. Tampa, FL.33602.

I understand that knowingly or willfully seeking or obtaining access to records about another person under false pretenses is punishable by a fine up to  $5,000.  I also understand that any applicable fees must be paid by me.

I hereby declare or certify under the penalty of perjury that the foregoing is true and correct.

Executed on 3-6-03

*Harry J Bowman*
Signature

Subscribed and sworn to before me,
this 6 day of *March* 2003.

*Andrew Kingston*
Notary Public
Andrew Kingston
Notary Public Fulton County
My Commission Expires June 1, 2006

# Henry Gonzalez

**Attorney At Law**

t:
Also Admitted
    District of Columbia
    State of New York

708 Jackson St.
Tampa, Florida 33602
Telephone:(813) 221-2505
Fax:(813) 221-2205

February 24, 2003

Department of the Treasury
Bureau of Alcohol, Tobacco & Firearms
Washington, D.C., 20226

In re: Harry Joseph Bowman
            SS# 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
            Client's Current Address:
            U.S. Penitentiary, Atlanta, Ga.
            Client's Date of Birth: 07/17/49
            Client's Place of Birth: St. Clair,
            St. Clair County, Michigan

Dear Sir/Madam:

Pursuant 31 CFR Subtitle A; Part 1, Subpart A – Under 5 U.S.C. 552, as Amended.  As attorney for Harry Joseph Bowman, we are requesting any and all information pursuant to the Freedom of Information Act.

Enclosed please find the required completed Affirmation/Declaration form.

Henry Gonzalez, Esq.

## AFFIRMATION/DECLARATION

This is to affirm that I, Harry Joseph Bowman, request access to records maintained by the Bureau of Alcohol, Tobacco and Firearms which pertain to me to be furnished to my attorney, Henry Gonzalez, Gonzalez Legal Services, P.A., 708 Jackson Street. Tampa, FL.33602.

I understand that knowingly or willfully seeking or obtaining access to records about another person under false pretenses is punishable by a fine up to $5,000. I also understand that any applicable fees must be paid by me.

I hereby declare or certify under the penalty of perjury that the foregoing is true and correct.

Executed on  3-6-03

Signature  *Harry J Bowman*

Subscribed and sworn to before me,
this __6__ day of __March__, 2003.

*Andrew Kyle*
Notary Public

Andrew Kingston
Notary Public Fulton County
My Commission Expires June 1, 2006

# Henry Gonzalez
### Attorney At Law

Also Admitted
District of Columbia
State of New York

708 Jackson St.
Tampa, Florida 33602
Telephone:(813) 221-2505
Fax:(813) 221-2205

February 24, 2003

U.S. Customs Service
1300 Pennsylvania Ave., N.W.
Washington, D.C., 20229

In re: Harry Joseph Bowman
SS# 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
Client's Current Address:
U.S. Penitentiary, Atlanta, Ga.
Client's Date of Birth: 07/17/49
Client's Place of Birth: St. Clair,
St. Clair County, Michigan

Dear Sir/Madam:

Pursuant 31 CFR Subtitle A; Part 1, Subpart A – Under 5 U.S.C. 552, as
Amended. As attorney for Harry Joseph Bowman, we are requesting any and all
information pursuant to the Freedom of Information Act.

Enclosed please find the required completed Affirmation/Declaration form.

Henry Gonzalez, Esq.

## AFFIRMATION/DECLARATION

This is to affirm that I, Harry Joseph Bowman, request access to records maintained by the U.S. Custom Service which pertain to me to be furnished to my attorney, Henry Gonzalez, Gonzalez Legal Services, P.A., 708 Jackson Street. Tampa, FL.33602.

I understand that knowingly or willfully seeking or obtaining access to records about another person under false pretenses is punishable by a fine up to $5,000. I also understand that any applicable fees must be paid by me.

I hereby declare or certify under the penalty of perjury that the foregoing is true and correct.

Executed on  3-6-03

*Harry J Bowman*
Signature

Subscribed and sworn to before me,
this _6_ day of. _March_ 2003.

*Andrew Kingston*
Notary Public

Andrew Kingston
Notary Public Fulton County
My Commission Expires June 1, 2006



**U.S. Department of Justice**

Drug Enforcement Administration

---

March 19, 2003

*Washington, D.C. 20537*

Henry Gonzalez
700 Jackson Street
Tampa, FL  33602

Subject of Request: <u>HARRY JOSEPH BOWMAN</u>

Dear HENRY GONZALEZ:

This letter is in response to your recent correspondence seeking information from the Drug Enforcement Administration (DEA).  The paragraphs checked below apply:

[   ]   To ensure an accurate search of DEA records, an individual's complete name and date and place of birth must be furnished.  If you cannot provide DEA the requested information, please furnish any additional information that will assist us in our search.

[   ]   Before DEA can begin processing your request, it will be necessary for you to submit your original notarized signature.  This procedure is designed to ensure that information pertaining to an individual is released only to that person.  A form is enclosed to assist you in complying with this requirement.

[   ]   Before DEA can begin processing your request, it will be necessary for you to provide a signed original notarized statement authorizing the release of information pertaining to the subject of your request.  A form is enclosed to assist you in complying with this requirement.

[   ]   Before DEA can begin processing your request, it will be necessary for you to submit a notarized copy of the subject's death certificate or a newspaper account of the subject's death.  This procedure is designed to ensure that the subject is in fact deceased and that information regarding him is properly identified.

[ X ]   Your recent correspondence does not reasonably describe any records within the meaning and intent of the Freedom of Information Act, 5 U.S.C. 552.  Specifically, your request failed identify a type and/or location of the records you seek (i.e., investigative, personnel, forfeiture records, etc.).  A better description is needed to enable retrieval of the records with a reasonable amount of effort.  The Act does not require an agency to either create new records, answer questions posed by requesters, or attempt to interpret a request that does not identify specific records.  Please reformulate your request in accordance with 28 C.F.R. 16.3(b).

Mail your response to this letter to the following address:

Drug Enforcement Administration
Freedom of Information Section
Washington, D.C.  20537

Sincerely,

*Katherine L. Myrick*

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section
Drug Enforcement Administration
Washington, D.C.  20537

# Henry Gonzalez

### Attorney At Law

Also Admitted
    District of Columbia
    State of New York

708 Jackson St.
Tampa, Florida 33602
Telephone:(813) 221-2505
Fax:(813) 221-2205

March 26, 2003

Katherine L. Myrick
Chief, Operations Unit
FOI/ Records Management Section
Drug Enforcement Administration
Washington, D.C.  20537

In re:  Harry Joseph Bowman

Dear Ms. Myrick,

    With reference to the requested Freedom of Information data, the records which Harry Joseph Bowman seeks are investigative.

Sincerely,

HENRY GONZALEZ
Attorney for Harry Joseph Bowman

# Henry Gonzalez

### Attorney At Law

Also Admitted
District of Columbia
State of New York

708 Jackson St.
Tampa, Florida 3360?
Telephone:(813) 221-25
Fax:(813) 221-2205

October 20, 2003

Mr. David M. Hardy
Section Chief
Records, Information & Dissemination Section
Records Management Division
U.S. Dept. of Justice
Federal Bureau of Investigation
Washington, D.C. 20535

In re:  Request # 0974542-000
Subject: Harry Joseph Bowman

Dear Mr. Hardy,

In behalf of my client Harry Joseph Bowman, I have requested all information
and investigative reports on Harry Joseph Bowman, as authorized pursuant to 31 CFR
Subtitle A, Part 1, Subpart A-5 USC 552:  the Freedom of Information Act.

As of this date I have not received any information requested.  Please respond to
this request without further delay, since time is of the essence.

Sincerely,

HENRY GONZALEZ, ESQ.

cc:  Harry Joseph Bowman
     #26595 – 039
     U.S.P.
     Box PMB
     601 McDonough Blvd
     Atlanta, Georgia, 30315

# Henry Gonzalez

### Attorney At Law

Also Admitted
   District of Columbia
   State of New York

708 Jackson St.
Tampa, Florida 3360?
Telephone:(813) 221-2?
Fax:(813) 221-2205

October 20, 2003

Gary L. Edwards
ATSAIC
Freedom of Information & Privacy Acts Officer
Dept. of the Treasury
U.S. Secret Service
Washington, D.C., 20001

In re:  Your file #990613
        Harry Joseph Bowman

Dear Mr. Edwards,

In behalf of my client Harry Joseph Bowman, I have requested all information and investigative reports on Harry Joseph Bowman, as authorized pursuant to 31 CFR Subtitle A, Part 1, Subpart A-5 USC 552:  the Freedom of Information Act.

As of this date I have not received any information requested.  Please respond to this request without further delay, since time is of the essence.

Your undersigned attorney agrees to pay for the duplication costs, whatever they may be.

Sincerely,

HENRY GONZALEZ, ESQ.

cc:  Harry Joseph Bowman
     #26595 – 039
     U.S.P.
     Box PMB
     601 McDonough Blvd
     Atlanta, Georgia, 30315

# Henry Gonzalez
### Attorney At Law

Also Admitted
   District of Columbia
   State of New York

708 Jackson St.
Tampa, Florida 3360?
Telephone:(813) 221-2?
Fax:(813) 221-2205

October 20, 2003

National Central Bureau- INTERPOL
U.S. Dept. of Justice
Washington, D.C., 20530

In re:  Harry Joseph Bowman

Dear Sir/Madam,

    In behalf of my client Harry Joseph Bowman, I have requested all information and investigative reports on Harry Joseph Bowman, as authorized pursuant to 31 CFR Subtitle A, Part 1, Subpart A-5 USC 552:  the Freedom of Information Act.

    As of this date I have not received any information requested.  Please respond to this request without further delay, since time is of the essence.

Sincerely,

HENRY GONZALEZ, ESQ.

cc:  Harry Joseph Bowman
     #26595 – 039
     U.S.P.
     Box PMB
     601 McDonough Blvd
     Atlanta, Georgia, 30315

# Henry Gonzalez
### Attorney At Law

Also Admitted
    District of Columbia
    State of New York

708 Jackson St.
Tampa, Florida 33602
Telephone:(813) 221-25
Fax:(813) 221-2205

October 20, 2003

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section
Drug Enforcement Administration
Washington, DC, 20537

In re:  Harry Joseph Bowman

Dear Ms. Myrick,

    In behalf of my client Harry Joseph Bowman, I have requested all information and investigative reports on Harry Joseph Bowman, as authorized pursuant to 31 CFR Subtitle A, Part 1, Subpart A-5 USC 552:  the Freedom of Information Act.

    As of this date I have not received any information requested.  Please respond to this request without further delay, since time is of the essence.

Sincerely,

HENRY GONZALEZ, ESQ.

cc:  Harry Joseph Bowman
     #26595 – 039
     U.S.P.
     Box PMB
     601 McDonough Blvd
     Atlanta, Georgia, 30315

# Henry Gonzalez

### Attorney At Law

Also Admitted
  District of Columbia
  State of New York

708 Jackson St.
Tampa, Florida 3360
Telephone:(813) 221-2:
Fax:(813) 221-2205

October 20, 2003

Marilyn R. LaBrie
Disclosure Specialist
Department of the Treasury
Bureau of Alcohol, Tobacco and Firearms
Washington, DC, 20226

In re:  Harry Joseph Bowman

Dear Ms. LaBrie,

In behalf of my client Harry Joseph Bowman, I have requested all information and investigative reports on Harry Joseph Bowman, as authorized pursuant to 31 CFR Subtitle A, Part 1, Subpart A-5 USC 552:  the Freedom of Information Act.

As of this date I have not received any information requested.  Please respond to this request without further delay, since time is of the essence.

Sincerely,

HENRY GONZALEZ, ESQ.

cc:  Harry Joseph Bowman
     #26595 – 039
     U.S.P.
     Box PMB
     601 McDonough Blvd
     Atlanta, Georgia, 30315



**U. S. Department of Justice**

National Central Bureau - INTERPOL

FOIA #2003-0191

*Washington, D.C. 20530*

DEC 8 2003

Mr. Harry Gonzalez
Attorney at Law
708 Jackson Street
Tampa, Florida 33602

Dear Mr. Gonzalez:

This responds to your request dated October 20, 2003, to the Department of Justice (DOJ), Interpol-U.S. National Central Bureau (USNCB) pursuant to the Freedom of Information Act/Privacy Act (FOIA/PA) for the information concerning your client, Harry Joseph Bowman. We received your request October 29, 2003. Please refer to the above FOIA number assigned to your request in any additional correspondence.

On October 31, 2003, we requested that your client complete the Certificate of Identity Form and return it to the USNCB before a search could be conducted concerning him. We received the completed form on November 14, 2003 and performed a query search of our systems of records for his name.

We located thirty-three (33) pages responsive to the request. After reviewing those pages, it has been determined that three (3) pages can be released to you with partial deletions pursuant to Title 5, United States Code, § 552 (b)(2), (b)(7)(C) and (b)(7)(D) of the FOIA. Also, we are withholding nineteen (19) pages pursuant to Title 5, United States Code, § 552 (b)(7)(C) and (b)(7)(D) of the FOIA. Exemption (b)(2) applies to material related solely to the internal personnel rules and practices of an agency. Exemption (b)(7)(C) of the FOIA relates to records or information compiled for law enforcement purposes only to the extent that the production of such law enforcement records or information, if disclosed, could reasonably be expected to constitute an invasion of personal privacy. Exemption (b)(7)(D) provides protection for records or information that could reasonably be expected to disclose the identity of a confidential source, including a state, local, or foreign agency or authority or any private institution which furnished information on a confidential basis, and, in the case of a record or information compiled by a criminal law enforcement authority in the course of a criminal investigation. The withheld pages contain non-exempt information which cannot be reasonably segregated from the deleted information.

Additionally , we have located eleven (11) pages which originated from two other agencies. We are referring those pages to them for direct response to you. It may interest you to know that none of the 19 totally denied pages are responsive to your request, neither do they relate to Mr. Bowman.

The (b)(2), (b)(7)(C) and (b)(7)(D) deletions consist of file numbers, third party information, the names and initials of law enforcement personnel, and information provided by our foreign bureaus. A hand-stamped notation indicates applicable exemptions.

You may appeal by writing to:

> Co-Director
> Office of Information & Privacy
> Department of Justice
> Flag Building, Suite 570
> Washington, DC 20530-0001

You must make your appeal in writing and it must be received by the Office of Information and Privacy within 60 days of the date of the letter denying your request. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

If you have any questions concerning this request, please contact Dorothy S. Beaty at (202) 616-7827.

Sincerely,

James M. Sullivan
Director

By:   Kevin R. Smith
      General Counsel

Enclosures



U. S. Department of Justice

National Central Bureau - INTERPOL

FOIA #2003-0191

*Washington, D.C. 20530*

January 8, 2004

Mr. Harry Gonzalez
Attorney at Law
708 Jackson Street
Tampa, Florida 33602

Dear Mr. Gonzalez:

This responds to your request dated October 20, 2003, to the Department of Justice (DOJ), Interpol-U.S. National Central Bureau (USNCB) pursuant to the Freedom of Information Act/Privacy Act (FOIA/PA) for the information concerning your client, Harry Joseph Bowman. We received your request October 29, 2003. Please refer to the above FOIA number assigned to your request in any additional correspondence.

The USNCB responded to your request on December 8, 2003, however, a search page was inadvertently omitted from your file which indicates that two additional files may possibly be responsive to your request. A search was conducted to locate these files. After a search of the USNCB's file room and other offices, one of the files has been deemed lost. The other file has been located but will need to be ordered from our Federal Records Center. As soon as the file has been received, it will be reviewed and its contents processed expeditiously. We apologize for the oversight and for any inconvenience that this may have caused you.

If you have any questions concerning this request, please contact Dorothy S. Beaty at (202) 616-7827.

Sincerely,

James M. Sullivan
Director

By:   Kevin R. Smith
General Counsel



**U.S. Department of Justice**

**Drug Enforcement Administration**

---

*Washington, D.C. 20537*

January 30, 2004

| | |
|---|---|
| Request Number: | 04-0584-P |
| Subject of Request: | BOWMAN, HARRY J. |
| Referred to DEA by: | INTERPOL |

ATTORNEY AT LAW
708 JACKSON STREET
TAMPA, FL  33602

DEAR HENRY GONZALEZ:

        In response to your request for documents from the above agency, the Drug Enforcement Administration (DEA) has been asked to review certain materials which originated within DEA.  In order to expedite all requests, your request will be handled in chronological order based on the date of this letter.

        Your request has been assigned the above number.  Please include this number in any future correspondence to this office regarding this request.

        This letter confirms your obligation that by filing your request, you have implicitly agreed to pay all applicable fees charged under 28 C.F.R. 16.11, up to $25.00, unless you seek a waiver of fees (28 C.F.R. 16.3 (c)).

        Please be assured that your request is being handled as equitably as possible.  Upon completion of the processing, you will be notified of chargeable fees, and payment will be required prior to release of any records.  If there are not fees associated with the processing of your request, all documents that can be released will be made available to you at the earliest possible date.

                        Sincerely,

                        *Katherine Myrick*

                        Katherine L. Myrick
                        Chief, Operations Unit
                        FOI/Records Management Section

*DEA FOIA Home Page...  http://www.usdoj.gov/dea/foia/dea.htm*

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | .60 | |
|---|---|---|---|
| Certified Fee | | 2.30 | Postmark |
| Return Receipt Fee (Endorsement Required) | | 1.75 | Here |
| Restricted Delivery Fee (Endorsement Required) | | | |
| Total Postage & Fees | $ | 4.65 | |

Sent To
Ken Jenne, Sheriff
Street, Apt No.; Broward County Sheriff Dep
or PO Box No. 2601 W. Broward Blvd
City, State, ZIP+4
Ft Lauderdale Fla 33312

PS Form 3800, June 2002                 See Reverse for Instruction

July 20, 2005

Harry Joseph Bowman #26595-039
U.S. Penitentiary
PO Box 150160
Atlanta, GA  30315

Broward County Sheriff's Dept.
Sheriff Ken Jenne
Records Division
2601 West Broward Blvd.
Fort Lauderdale, FL  33312

Re: State Open Records Act Request

Mr. Jenne:

This is a formal written request for Records under Florida Code
of Laws §119.011, et. seq.      Pursuant to Circuit Court judgment
issued February 15, 2005, by the Hon. Judge Robert A. Rosenberg,
I am resubmitting my public records request to your office.
(see attached Judgment Case #04-7765(25)).

I request that your office provide me with any and all documents,
records, memorandums, reports, statement and other information in
whatever form that relates to me personally as HARRY BOWMAN, HARRY
"TACO" BOWMAN, HARRY "T" BOWMAN, or in my official capcity as the
International President of the American Outlaws Association (better
known as the "Outlaws" motorcyle club).  This would include, but
not be limited to any Broward County Sheriff's dept. reports, files,
or other information referrencing myself or my former position as
AOA President. (Relative dates 1990 thru present).

Additionally, and more specifically, I request any police reports
and statements made by any member of the AOA related to violent
crimes investigations or other criminal activities.  In particular,
I request any interrogative reports and statements that may have
been made by the following individuals who are known associates
of AOA: STEPHEN LEMUNYON, CARL WARNEKE, WAYNE E. HICKS, MICHEAL
LYNN, CHRIS MAIALE, KEVIN TALLEY, and HOUSTON CLYDE MURPHY.  This
particular portion of request is made pursuant to F.S. §119.07(3)
(K) and AGO 85-03, which requires all statements made by individ-
uals to Sheriff's Dept. to be made public.

Further, I request any police reports made within the last (15)yrs.
that relate to the AOA Clubhouse formally located at:

    2402 S.W. 42nd Terrace
    Ft. Lauderdale, FL  33317

I specifically request any and all information generated as a
result of criminal investigations conducted by Broward County
Sheriff's Dept. whether working in conjunction with multi-agency
taskforce operations or on its own authority.  This would include,

(Page 1 or 2 pages)

Public Records Request
Harry "Taco" Bowman
July 20, 2005
[Page 2 of 2 pages]

but not be limited to, surrvailance of AOA Members, or its pro-
perty, and any general observations of AOA Memembers in the past
(15) years.  The Florida Dept. of Law Enforcement has produced
to me through the Open Records Act documents referrencing Broward
County Sheriff's Dept. involved with joint taskforce operations
related to the AOA.  Therefore, I would expect your agency to be
in possession of information consistant with FDLE's records.

This request specifically seeks information from 1990 through
to the present.  If your agency requires further information to
process my request please contact me at the address above and I
will be more than welcome to provide any information needed to
facilitate your agency's complience with the Florida State Open
Records Act.

Finally, this request is made for personal purposes and not comm-
ercial.  Moreover, the release of this information serves the
public interests, and will prevent further miscarriage of Justice.
I agree to pay whatever reasonable costs and fees that are related
to this request.  F.S. §119.07(1)(b).  If your agency refuses to
release any information I request that your agency specifically
cite the statutory exemption it relies upon for non-disclosure.

As your agency is aware, there are time limits associated with
public records request and I would expect a response within a
reasonable amount of time, or I will amend my writ of mandamus
presently before Judge Rosenberg and demand immediate compliance
with F.S. §119.011 et. seq. and seek monetary relief for all costs
of this records request which was initially submitted to your agency
August 21, 2003.

Please find below personal information related to myself which may
serve to assist in your search for information on me in particular.

Thank you for your time and concern in this very important matter.

Respectfully,

*Harry Bowman*
Harry "Taco" Bowman

DOB:   July 17, 1949
POB:   St. Clair County, MI           R. Index       R. Thumb
SS#:   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

Requester was the International President of Outlaws Motorcycle
Club from about 1984 thru 1994.  He is presently serving Life
imprisonment at USP Atlanta, GA, Criminal Case #97-00333-CR-T-30
Midddle District of Florida, U.S. District Court.

Attachment
cc: Filed



**Broward County Sheriff's Office**
2601 W. Broward Blvd.
Ft. Lauderdale, FL 33312
(954) 831-8920
(954) 321-5040 (Fax)
(954) 797-0937 (Confiscations Unit)

**Department of**
**Legal Affairs**

September 12, 2005

Harry Joseph Bowman, #26595-039
U.S. Penitentiary
P. O. Box 150160
Atlanta, GA  30315

     RE:    July 20, 2005 Public Records Request

Dear Mr. Bowman:

    We have received your public records request dated July 20, 2005 asking for records relating to the following individuals:

        Harry Taco Bowman
        Stephen Lemunyon
        Carl Warneke
        Wayne Hicks
        Micheal Lynn
        Chris Maiale
        Kevin Tally
        Houston Clyde Murphy

A search with our records division has located the following information:

        Harry Taco Bowman – no arrest record under that name
        Stephen Lemunyon – no arrest record under that name
        Carl Warneke – no arrest record under that name
        Wayne Hicks – 2 different individuals with arrest records.  Please provide a birth
                date or other identifying information or advise if you want the
                records for both Wayne Hicks.
        Micheal Lynn – 11 pages
        Chris Maiale – 9 pages
        Kevin Tally – no arrest record under that name
        Houston Clyde Murphy – 1 page

    You have asked for statements given by each of the above-referenced individuals in violent crimes investigations.  Our Criminal Investigations section indexes cases by the name of

Harry Joseph Bowman, #25695-039
September 9, 2005
Page Two


the victim.  We do not have the ability to search those cases by the names of individuals who
gave any statements or by the names of any persons listed in a report.  The only way that such a
search could be performed would be to perform a manual review of each of the cases since 1990.
As you know, the Florida statutes authorize the imposition of a labor charge where a public
records request is voluminous and requires extensive clerical or supervisory assistance.
Prepayment of the special service charge is also authorized by the Florida Statutes.  Please advise
if you want us to proceed with preparing an estimate.  Alternatively, please limit your request by
providing the names of the victims or revise your request.

Our records division was unable to locate any arrests arising out at the address you
provided of 2402 S.W. 42nd Terrace, Ft. Lauderdale, Florida 33317.

Finally, you have referenced an FDLE joint taskforce operation involving the Broward
Sheriff's Office, please provide me with additional information so that I can determine if we
have any documents and whether or not any privileges associated with those documents exist.

Should you want to receive the arrest records that have been identified, please forward
me your check in the amount of $3.15 ($0.15 per page for 21 pages) made payable to the order of
the Broward Sheriff's Office.  Upon receipt of that check, the documents identified above will be
provided.

Very truly yours,

KIMBERLY A. KISSLAN
Assistant Director


KK/kk
H:/kisslan/letters/2005/bowman1



**Office of the General Counsel**

2601 West Broward Boulevard

Fort Lauderdale, Florida 33312

(954) 831-8920 • www.sheriff.org

(954) 321-4425 (Fax - General Counsel)

(954) 321-5040 (Fax - Legal)

(954) 797-0937 (Fax - Confiscations Unit)

March 21, 2006

Harry Joseph Bowman, #26595-039
U.S. Penitentiary Coleman 2
P. O. Box 1034
Coleman, FL 33521

     RE:    Your July, 2005 Public Records Request

Dear Mr. Bowman:

     Thank you for providing me with your change of address. I have had the opportunity to follow up on your January 6, 2006 letter which limited the request relating to the Silverspoke investigative files consisting of 16 boxes of information.

     It is my understanding that your main interest is any statements by Stephen Lemunyon, Carl Warneke, Wayne Hicks, Micheal Lynn, Chris Maiale, Kevin Tally or Houston Clyde Murphy. These statements would occur after 1994. You also are looking for any items that specifically mention you or your former position as International President of Outlaws.

     I have checked and been advised that there is no catalog or index of the 16 boxes. I have further discussed your request with Sergeant McElhaney who advises that our 16 boxes of items consist of the wiretaps and undercover activities that led up to the indictments. Sgt. McElhaney advises that after the indictments, the FBI in Daytona took over the case, and that the "snitch" statements you are seeking were taken by the FBI. He has told me that our 16 boxes of information do not contain copies of those statements

     Please let me know if you want us to begin reviewing the 16 boxes to copy any items that mention you or your former position as the International President of the Outlaws. I would imagine that it would be less time consuming than the estimate set forth in my December 8, 2005 letter to you. As far as your question about the rates, large public records requests like that are researched on an overtime basis as the Broward Sheriff's Offices does not have sufficient staff to get to those kinds of requests during the normal work day. I do not have any idea as to how many or how few of the documents in the 16 boxes mention your name specifically.

<div style="text-align:center;">

**EXHIBIT A**

</div>

It seems that the information provided by Sergeant McElhaney directs you to the FBI who has what you are really seeking.  Please let me know if you want us to proceed with reviewing the 16 boxes or if you want me to refund the $100 deposit that you have previously made.

Very truly yours,

KIMBERLY A. KISSLAN
Assistant Director

KAK/sm

U.S. POSTAGE
$00.39

METER
7148290

FORT LAUDERDALE, FL
MAR 21 '06

1108 80394-34 41-2222

OFFICE OF THE GENERAL COUNSEL – Kimberly A. Kisslah, Esq.

P.O. Box 9507
Ft. Lauderdale
Florida 33310
www.sheriff.org

Harry Joseph Bowman, #26595-039
U.S. Penitentiary Coleman 2
P. O. Box 1034
Coleman, FL  33521

# Henry Gonzalez
### Attorney At Law

**Also Admitted**
   District of Columbia
   State of New York

708 Jackson St.
Tampa, Florida 33602
Telephone:(813) 221-2505
Fax:(813) 221-2205

October 15, 2007

MS. KATHERINE L. MYRICK
Chief,  Operation Unit
FOI/Records Management Section
Drug Enforcement Administration
Washington, DC – 20537

In Re:  Request # 03-0881-P
Subject of Request:  Harry Joseph Bowman

Dear Ms. Myrick,

Could you please check on the current status of Mr. Bowman's request, since it has been quite some time in your office.

Sincerely,

Henry Gonzalez
Attorney for Harry Joseph Bowman

cc:  Harry Joseph Bowman

# Henry Gonzalez

### Attorney At Law

Also Admitted
   District of Columbia
   State of New York

708 Jackson St.
Tampa, Florida 33602
Telephone:(813) 221-2505
Fax:(813) 221-2205

March 25, 2008

KATHERINE L. MYRICK
Chief, Operations Unit
FOI/ Records Management Section
Drug enforcement Administration
Washington, D.C. 20537

Dear Ms. Myrick/Chief,

     In 2003, my client Harry Joseph Bowman had requested pursuant to Freedom of Information Act all information pertaining to him which the DEA may have.  On March 19, 2003, your office sent the enclosed letter requesting specificity, a copy of letter is attached herewith.  Counsel in behalf of Harry Joseph Bowman responded with the requested answer, copy of counsel letter dated March 26, 2003 is attached herewith.

     Upon information and belief, the FOI request was never satisfied.

     On September 7, 2007 a hearing was held when it was revealed that the operation "Silverspoke" involved the DEA and that the Sheriff's office of Broward County after indictment, released 16 Boxes that could have contained statements of individuals interviewed or recorded during the investigation.  Up until the September 7, 2007 hearing it was understood that the FBI was the agency who conducted the investigation.  As the testimony reveals, Silverspoke was DEA Investigation of the Outlaw Motorcycle Club.

     Because of the sworn testimony testified at the September 7, 2008 hearing,  Harry Joseph Bowman requests production of all statements made by anyone made during the course of the investigation that refer to Harry Joseph Bowman.

     Awaiting your reply.

Sincerely,

HENRY GONZALEZ,
Attorney for Harry Joseph Bowman

# Henry Gonzalez
### Attorney At Law

Also Admitted
   District of Columbia
   State of New York

708 Jackson St.
Tampa, Florida 33602
Telephone:(813) 221-2505
Fax:(813) 221-2205

June 1, 2008

CERTIFIED MAIL/ RETURN RECEIPT REQUESTED

CHIEF, OPERATIONS UNIT
FOI Records Management Section
U.S. Department of Justice
Washington D.C.  20537

In Re:  Harry Joseph Bowman

Sir/Madam,

     This office represents Harry Joseph Bowman.

     On March 25, 2008, I sent a letter to Katherine L. Myrick requesting production of information/statements which may have been received by the DEA in the course of its investigation "Silverspoke" which focused on the Outlaw Motorcycle Club.  A copy of said letter is enclosed.  Also submitted in my letter of the 25th of March, were copies of testimonial evidence given before the Honorable James S. Moody, Jr., United States District Court, on September 7, 2007 in Bowman v U.S., Case #8:07-CV 466-T-30 TGW.  Up to the time of said hearing, Bowman was misinformed by the Sheriff's office of Broward County, Florida, that the "Silverspoke" investigation was an FBI investigation.  At the hearing of September 7, 2007, representatives of the Broward County, Florida Sheriff's office clarified that Silverspoke was a DEA investigation, not the FBI.

     It is extremely urgent that Bowman be advised whether the DEA, as part of their investigation "Silverspoke" is in possession of any statement or information made by any member of the Outlaw Motorcycle Club, that refer to Harry Joseph Bowman.

     Awaiting your most urgent reply.

Sincerely,

HENRY GONZALEZ

cc:  Harry Joseph Bowman



**U.S. Department of Justice**
Drug Enforcement Administration

_____

JUN 0 9 2008

Subject of Request: OPERATION "SILVERSPOKE" - ALL STATEMENTS MADE BY
ANYONE DURING THE COURSE OF THE INVESTIGATION THAT
REFER TO HARRY JOSEPH BOWMAN

Henry Gonzalez
Attorney At Law
708 Jackson Street
Tampa, Florida 33602

Dear Mr. Gonzalez:

The Drug Enforcement Administration (DEA) has received your Freedom of
Information/Privacy Act (FOI/PA) request letter dated March 25, 2008.

Our office is currently experiencing a transition and as a result your request has not yet been
assigned a FOI/PA number.

Please be assured that your request will be handled as expeditiously as possible.  A request
number will be assigned and forwarded to you at a later date. Your request will be handled in
chronological order based on the date of this letter.  Thank you in advance for your patience and
understanding.

If you have any questions regarding this letter, you may contact our Customer Service
Hotline Representative on (202) 307-7596.

Sincerely,

Katherine L. Myrick

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section

**U. S. Department of Justice**

Drug Enforcement Administration

---

*www.dea.gov*

AUG 0 8 2008

DEA Case Number:  08-0898-F

Henry Gonzalez
Attorney at Law
708 Jackson Street
Tampa, Florida  33602

Dear Mr. Gonzalez:

This is in further response to the Drug Enforcement Administration's (DEA) interim acknowledgement letter dated June 9, 2008, informing you that your request has been received.

Your request has been assigned the above DEA case number.  Please include this case number in any future correspondence addressed to this office.

Your request has also been assigned to FOI Specialist Angela H.  If you have any questions regarding your request, please contact FOI Specialist Angela H. on (202) 307-7626 or forward your correspondence to the following address:

DEA HEADQUARTERS
ATTN:  OPERATIONS UNIT (SARO)
8701 MORRISSETTE DRIVE
SPRINGFIELD, VIRGINIA  22152

Sincerely,

*Katherine L Myrick*

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section

**U. S. Department of Justice**

Drug Enforcement Administration

Freedom of Information Section

Washington, D.C.  20537

---

*www.dea.gov*

SEP 1 1 2008

Case Number:     08-0898-F

Subject:         OPERATION "SILVERSPOKE" – ALL STATEMENTS MADE BY ANYONE
                 DURING THE COURSE OF THE INVESTIGATION THAT REFER TO
                 HARRY JOSEPH BOWMAN

Henry Gonzalez
Attorney at Law
708 Jackson Street
Tampa, Florida  33602

Dear Mr. Gonzalez:

This letter responds to your Freedom of Information/Privacy Act (FOI/PA) requests dated March 26, 2003, March 25, 2008, and June 1, 2008, addressed to the Drug Enforcement Administration (DEA), FOI/Records Management Section, Operations Unit (SARO), seeking access to information regarding the above subject.

We regret the delay in responding to your initial request.  We continue to experience a large volume of incoming FOI/PA requests that has impacted our response time to the public.  However, this matter has not impacted the quality of our service and our dedication to the public at large, including your request.

Our preliminary review of your letter found your request to be deficient; thus, it cannot be processed at this time.  Specifically, your FOI request pertaining to statements or information made by any member of the Outlaw Motorcycle Club has been received and will not be processed by the DEA.  This response neither confirms nor denies the existence of any requested records.

Before the DEA can begin processing your request, it will be necessary for you to provide either proof of death or an original notarized authorization (privacy waiver) from each member of the Outlaw Motorcycle Club.  Two (2) forms, which can be photocopied as necessary, are enclosed to assist you with satisfying this requirement.  This procedure ensures that the appropriate privacy waivers have been attained, as well as the necessary criteria to conduct an accurate search to locate and positively identify records responsive to your request.

Proof of death can be a copy of a notarized death certificate, obituary, or a recognized reference source.  Waivers of personal privacy must be notarized, must specifically identify the

Henry Gonzalez                                                          Page Two

person waiving privacy (including full name, date and place of birth, social security number and present address), and must be specifically directed to the DEA -- permitting the DEA to release personal information (about the person executing the waiver) from its files. The waiver should be dated within a reasonable time period preceding the request, and the original copy of the waiver must be provided to the DEA.

Without proof of death or an original notarized authorization, to confirm the existence of law enforcement records or information about another person is considered an unwarranted invasion of personal privacy. Such records would be exempt from disclosure pursuant to Exemptions (b)(6), (b)(7)(C), (b)(7)(D), (b)7(F) and/or of the Freedom of Information Act (FOIA), Title 5 U.S.C. Section 552.

Upon receipt of the aforementioned information, the DEA will commence further processing of your request. However, if this office does not receive your response within 45 days of the date of this letter, the DEA will assume that you do not wish to pursue this matter and your request will be administratively closed. Please mail the requested information to the following address:

> DEA HEADQUARTERS
> ATTN: OPERATIONS UNIT (SARO)
> 8701 MORRISSETTE DRIVE
> SPRINGFIELD, VIRGINIA  22152

If you wish to appeal any denial of your request, you may do so within 60 days from the date of this letter pursuant to 28 C.F.R. 16.9. The appeal should be sent to the following address, with the envelope marked "FOIA Appeal":

> DEPARTMENT OF JUSTICE
> OFFICE OF INFORMATION AND PRIVACY
> NYAV BUILDING, 11TH FLOOR
> WASHINGTON, D.C.  20530

If you have any questions regarding this letter, you may contact FOI Specialist Angela H. on 202.307.7626.

Sincerely,

Katherine Myrick

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section

Enclosures

U.S. Department of Justice

**Certification of Identity**



OB-0898-F

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of ~~Requester~~ *Subject* [1] _____

Citizenship Status [2] _____   Social Security Number [3] _____

Current Address _____

Date of Birth _____   Place of Birth _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4] _____   Date _____

*Original*

**✳ OPTIONAL: Authorization to Release Information to Another Person ✳**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____

**Print or Type Name** *(and date)*

[1] Name of individual who is the subject of the record sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[4] Signature of individual who is the subject of the record sought.

**U.S. DEPARTMENT OF JUSTICE**
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON, D.C. 20537

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

SARO

United States Postal Service
**REGISTERED MAIL**

RB 662 227 125 US

Label 200, July 1999

(102595) 99-M-1904

08-0898-F
HENRY GONZALEZ
ATTORNEY AT LAW
708 JACKSON STREET
TAMPA, FL 33602

# Henry Gonzalez
### Attorney At Law

Also Admitted
  District of Columbia
  State of New York

708 Jackson St.
Tampa, Florida 33602
Telephone:(813) 221-2505
Fax:(813) 221-2205

October 16, 2008

Ms. Katherine Myrick
Chief,  Operation Unit
FOI/ Records Management Section
DEA HEADQUARTERS
8701 Morrissette Drive
Springfield, Virginia, 22152

                    In Re:  Harry Joseph Bowman
                    Case No.  08-0898-F

Dear Ms Myrick,

        In behalf of Harry Joseph Bowman, I am sending herewith his Certificate of
Identity.

        Please file Certification in Case file numbered above.  Other third party waivers
will be forthcoming.

                            Thank You,

                            /s/
                            _____
                            HENRY GONZALEZ
                            Attorney at Law

cc:   Harry Joseph Bowman

U.S. Department of Justice

## Certification of Identity



08-0898-F

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of ~~Requester~~ *Subject* [1]   **HARRY JOSEPH BOWMAN**

Citizenship Status [2]   **U.S. CITIZEN**   Social Security Number [3]   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

Current Address   **FCC U.S. PENN II P.O. Box 1034 Coleman, FL 3352**

Date of Birth   **July 17, 1949**   Place of Birth   **St. Clair County, Michigan**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4]   *Harry Bowman*   *Original*   Date   *10-13-08*

✳ **OPTIONAL: Authorization to Release Information to Another Person** ✳

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

*Henry Gonzalez Attorney At Law 708 Jackson St. Tampa, FL*
Print or Type Name   *(and date)  10-13-08  336*

[1] Name of individual who is the subject of the record sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 4/31/07

FORM DOJ-361
SEPT 04

# Henry Gonzalez

Attorney At Law

Also Admitted
    District of Columbia
    State of New York

708 Jackson St.
Tampa, Florida 33602
Telephone:(813) 221-2505
Fax:(813) 221-2205

November 2, 2008

Ms. Katherine Myrick
Chief, Operation Unit
FOI/Records Management Section
DEA Headquarters
8701 Morrissette Drive
Springfield, Virginia  22152

In Re:  Harry Joseph Bowman
Case No.  08-0898-F

Dear Ms. Myrick,

On behalf of Harry Joseph Bowman, I am sending herewith Third Party Release Statement from the following individuals:

1. James E. Agnew
2. Steven J. Hilton
3. Robert G. Gunther
4. Bobby Joe Mann

Please file the Third Party Release Statement in Harry Joseph Bowman's case file, numbered above.

Thank You,

/s/

HENRY GONZALEZ
Attorney at Law

cc:  Harry Joseph Bowman

**U.S. Department of Justice**
Drug Enforcement Administration

08-0898-F

## THIRD PARTY RELEASE STATEMENT

I authorize the Drug Enforcement Administration to release all requested information concerning myself to:

HENRY GONZALEZ   (ATTORNEY AT LAW)

708 JACKSON ST.

TAMPA, FL. 33602

SIGNATURE OF SUBJECT

JAMES E. AGNEW

Subscribed and sworn to before me,
This 19 day of October , 20 08 .

NOTARY PUBLIC

Commission Expires 7/10

**Original** Stamp or Seal
Required Here

ROBERT C. CHIUSANO
MY COMMISSION # DD 524508
EXPIRES: July 2, 2010
Bonded Thru Notary Public Underwriters

Foreign notaries are not
accepted. Notary must
be before U.S. Consulate
Personnel

I certify that I am the person named above and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. § 1001 by a fine of not more than $10,000.00 or by imprisonment of not more than five years or both, and that requesting or obtaining any records(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.00.



**U.S. Department of Justice**

Drug Enforcement Administration

*08-0898-F*

---

## THIRD PARTY RELEASE STATEMENT

I authorize the Drug Enforcement Administration to release all requested information concerning myself to:

*HENRY GONZALEZ   Attorney at law*

*708 Jackson St.*

*Tampa, Fl. 33602*

*Steven J. Hilton*

*Steven J. Hilton*
_____
**SIGNATURE OF SUBJECT**

Subscribed and sworn to before me,
This *20th* day of *October*, 20 *08*.

| Foreign notaries are not |
| accepted.  Notary must |
| be before U.S. Consulate |
| Personnel. |

*Michele Dragone*
_____
**NOTARY PUBLIC**

Commission Expires *8/14/09*

<u>**Original**</u> Stamp or Seal
Required Here



I certify that I am the person named above and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. § 1001 by a fine of not more than $10,000.00 or by imprisonment of not more than five years or both, and that requesting or obtaining any records(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.00.

U.S. Department of Justice
Drug Enforcement Administration

08-0898-F

## THIRD PARTY RELEASE STATEMENT

I authorize the Drug Enforcement Administration to release all requested information concerning myself to:

HENRY GONZALEZ Attorney at Law
708 Jackson St
Tampa, Fl   33602

*Robert G. Gunther*

**SIGNATURE OF SUBJECT**

Subscribed and sworn to before me,
This 20th day of October, 20 08.

*Michele Dragone*
**NOTARY PUBLIC**

Commission Expires 8/14/09

<div style="border:1px solid;">
Foreign notaries are not accepted. Notary must be before U.S. Consulate Personnel.
</div>

<u>**Original**</u> Stamp or Seal
Required Here



NOTARY PUBLIC
STATE OF FLORIDA
(407) 398-0153

MICHELE MARIE DRAGONE
MY COMMISSION # DD461272
EXPIRES: Aug. 14, 2009
Florida Notary Service.com

I certify that I am the person named above and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. § 1001 by a fine of not more than $10,000.00 or by imprisonment of not more than five years or both, and that requesting or obtaining any records(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.00.

**U.S. Department of Justice**

Drug Enforcement Administration

08-0898-F

# THIRD PARTY RELEASE STATEMENT

I authorize the Drug Enforcement Administration to release all requested information concerning myself to:

*HENRY GONZALEZ ATTORNEY AT LAW*

*708 JACKSON ST*

*TAMPA, FLA 33602*

#20859-018

*Bobby Joe Mann*
**SIGNATURE OF SUBJECT**

Subscribed and sworn to before me,
This _____ day of _____, 20_____.

> Foreign notaries are not accepted. Notary must be before U.S. Consulate Personnel.

_____
**NOTARY PUBLIC**

Commission Expires _____

**Original** Stamp or Seal
Required Here

*[signature]*

Authorized by the Act of
July 27, 1955, to administer
oaths (18 USC 4004).
FCI Estill, SC
10/22/08

I certify that I am the person named above and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. § 1001 by a fine of not more than $10,000.00 or by imprisonment of not more than five years or both, and that requesting or obtaining any records(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.00.

# Henry Gonzalez

### Attorney At Law

Also Admitted
District of Columbia
State of New York

708 Jackson St.
Tampa, Florida 33602
Telephone:(813) 221-2505
Fax:(813) 221-2205

November 24, 2008

Ms. Katherine Myrick
Chief, Operation Unit
FOI/Records Management Section
DEA Headquarters
8701 Morrissette Drive
Springfield, Virginia  22152

In Re:  Harry Joseph Bowman
Case No.  08-0898-F

Dear Ms. Myrick,

On behalf of Harry Joseph Bowman, I am sending herewith Third Party Release Statement from the following individuals:

1. Bruce W. Harrison
2. Clarence M. Smith

Please file the Third Party Release Statement in Harry Joseph Bowman's case file, numbered above.

Thank You,

HENRY GONZALEZ
Attorney at Law

cc:  Harry Joseph Bowman



**U.S. Department of Justice**

Drug Enforcement Administration

08-0898-F

### THIRD PARTY RELEASE STATEMENT

I authorize the Drug Enforcement Administration to release all requested information concerning myself to:

Henry Gonzales

708 E. Jackson St.

Tampa, FL.

*Bruce W. Johnson*  18373-018
**SIGNATURE OF SUBJECT**

Subscribed and sworn to before me,
This 31ˢᵗ day of OCTOBER , 20 08 .

*Roger O. Mills*
**NOTARY PUBLIC**

Commission Expires 10-21-2011

> Foreign notaries are not accepted. Notary must be before U.S. Consulate Personnel.

<u>**Original**</u> Stamp or Seal
Required Here



ROGER O. MILLS
Comm# DD0726595
Expires 10/21/2011
Florida Notary Assn., Inc

**I certify that I am the person named above and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. § 1001 by a fine of not more than $10,000.00 or by imprisonment of not more than five years or both, and that requesting or obtaining any records(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.00.**



**U.S. Department of Justice**
Drug Enforcement Administration

08-0898-F

## THIRD PARTY RELEASE STATEMENT

I authorize the Drug Enforcement Administration to release all requested information concerning myself to:

Henry Gonzales
708 E. Jackson St.
Tampa, FL.

#34250-01

**SIGNATURE OF SUBJECT**

Subscribed and sworn to before me,
This 31 day of October, 20 08.



**NOTARY PUBLIC**

Commission Expires 10-21-2011

Foreign notaries are not accepted. Notary must be before U.S. Consulate Personnel.

**Original** Stamp or Seal
Required Here

ROGER O. MILLS
Comm# DD0726595
Expires 10/21/2011
Florida Notary Assn., Inc

I certify that I am the person named above and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. § 1001 by a fine of not more than $10,000.00 or by imprisonment of not more than five years or both, and that requesting or obtaining any records(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.00.

**U. S. Department of Justice**

Drug Enforcement Administration

Freedom of Information Section
Washington, D.C.  20537

*www.dea.gov*

FEB 1 8 2009

Case Number:     08-0898-F

Subject:              OPERATION "SILVERSPOKE" - ALL STATEMENTS MADE BY ANYONE
                            DURING THE COURSE OF THE INVESTIGATION THAT REFER TO
                            HARRY JOSEPH BOWMAN

Henry Gonzalez
Attorney at Law
708 Jackson Street
Tampa, Florida  33602

Dear Mr. Gonzalez:

    This correspondence is in furtherance to the Drug Enforcement Administration's (DEA)
acknowledgement letter to you dated September 11, 2008, and to provide you with information
regarding the status of your request.

    We apologize for the delay in responding to your request.  We continue to experience an
incredible demand for information that has impacted our turnaround time.

    It appears that the files containing information responsive to your request have been
archived; however, search efforts have commenced.

    Unfortunately, we have not received any responses to date.  Once we are in possession of the
records, if any, your request will be processed at expeditiously as possible.

    If you have any questions regarding this letter, you may contact FOI Specialist Angela H. at
202.307.7626.

                                                            Sincerely,

                                                            *Katherine Myrick*

                                                            Katherine L. Myrick
                                                            Chief, Operations Unit
                                                            FOI/Records Management Section

# Henry Gonzalez

### Attorney At Law

Also Admitted
   District of Columbia
   State of New York

708 Jackson St.
Tampa, Florida 33602
Telephone:(813) 221-2505
Fax:(813) 221-2205

FEBRUARY 23, 2009

KATHERINE L. MYRICK
U.S. Department of Justice
Chief, Operations Unit
FOI/Records Management Section
Washington, D.C.  20537

In Re:  Case # 08-0898-F

Dear Ms. Myrick,

     I received your letter dated February 18, 2009.  Thank you for your response and appreciate your keeping me aware that my request is being processed with due diligence.

     Awaiting further information as it becomes available to you.

Sincerely,

HENRY GONZALEZ

cc:  Harry Bowman

# Henry Gonzalez
### Attorney At Law

Also Admitted
District of Columbia
State of New York

708 Jackson St.
Tampa, Florida 33602
Telephone:(813) 221-2505
Fax:(813) 221-2205

December 4, 2009

Ms. Katherine Myrick
Chief, Operation Unit
FOI/Records Management Section
DEA Headquarters
8701 Morrissette Drive
Springfield, Virginia 22152

In Re: Harry Joseph Bowman
Case No. 08-0898-F

Dear Ms. Myrick,

On behalf of Harry Joseph Bowman, I am sending herewith Third Party Release Statement of Mark Ross duly notarized on the 11th day of November 2009. Please file this Third Party Release Statement in Harry Joseph Bowman's case file, number above. Having previously sent Release Statements from James E. Agnew, Steven J. Hilton, Robert G. Gunther and Bobby Joe Mann completes the submission of Release forms in the subject inquiry.

It is of great urgency that the subject inquiry as referred above be completed as soon as possible. It was filed over a year ago and time is of the essence for closure of this inquiry to comply with past conviction proceeding continuing.

Sincerely,

HENRY GONZALEZ
Attorney at Law

cc:   Harry Joseph Bowman

**U.S. Department of Justice**
Drug Enforcement Administration

08-0898-F

## THIRD PARTY RELEASE STATEMENT

I authorize the Drug Enforcement Administration to release all requested information concerning myself to:

HENRY GONZALEZ   ATTORNEY AT LAW

708 JACKSON STREET

TAMPA, FL. 33602

**SIGNATURE OF SUBJECT**
MARK ROSS

Subscribed and sworn to before me,
This **11** day of *November*, 20 **09** .

| |
|---|
| Foreign notaries are not accepted. Notary must be before U.S. Consulate Personnel. |

**NOTARY PUBLIC**

Commission Expires _____
Notary Public, Dodge County, Georgia
My Commission Expires, Dec. 21, 2009

**Original** Stamp or Seal
Required Here

I certify that I am the person named above and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. § 1001 by a fine of not more than $10,000.00 or by imprisonment of not more than five years or both, and that requesting or obtaining any records(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.00.

# Henry Gonzalez
### Attorney At Law

Also Admitted
   District of Columbia
   State of New York

708 Jackson St.
Tampa, Florida 33602
Telephone:(813) 221-2505
Fax:(813) 221-2205

February 15, 2010

MS. KATHERINE L. MYRICK
Chief, Operations Unit
FOI Records Management Section
Drug Enforcement Administration
Washington, D.C.,  205037

In Re:  Case # 08-0898-F

Dear Ms. Myrick,

     It has been over 1 year since we last communicated with reference to the above case.  Copy of your February 18, 2009 is enclosed.  Mr. Bowman is awaiting these records previously requested so that he may perfect a past conviction remedy which has a time limit for filing.

     Mr. Bowman is requesting an expedited review and response without further delay.

Sincerely,

HENRY GONZALEZ

cc:   Harry Bowman

# Henry Gonzalez
### Attorney At Law

Also Admitted
   District of Columbia
   State of New York

708 Jackson St.
Tampa, Florida 33602
Telephone:(813) 221-2505
Fax:(813) 221-2205

July 6, 2010

MS. KATHERINE L. MYRICK
Chief, Operations Unit
FOI  Records Management Section
Drug Enforcement Administration
Washington, D.C.  205037

In Re:  Case # 08-0898-F

Dear Ms. Myrick,

     It is absolutely befuddling to me that I have not received any documentation or response to the requested information which is based on **Case # 08=0898-F.**

     We have made a considerable number of requests- even going into the reasons why the information is needed (see my letter to you under date of February 15, 2010 - a copy of which is enclosed herein).  Such delays are violating Mr. Bowman's rights under Due Process and causing him immeasurable damage.

     Please review for finality to Mr. Bowman's request so as to not prejudice him further.

     Awaiting a prompt rely.

Sincerely,

_____
HENRY GONZALEZ

cc:  Harry Joseph Bowman

# Henry Gonzalez

### Attorney At Law

Also Admitted
   District of Columbia
   State of New York

708 Jackson St.
Tampa, Florida 33602
Telephone:(813) 221-2505
Fax:(813) 221-2205

October 5, 2010

FOI Specialist
Angela H.
DEA Headquarters

**Attention:**     Operations Unit (SARO)
                        8701 Morrissette Drive
                        Springfield, Virginia  22152

          Subject:     Operation "Silverspoke" -  All statements made by anyone
                            During the course of the investigation that refer to
                            Harry Joseph Bowman.

Dear Angela H.

          I represent Harry Joseph Bowman, currently an inmate at the FCC,  U.S. Penn II,
Coleman, Florida.  Back in September 11, 2008, Katherine Myrick sent a letter, a copy
which I am sending herein.  Pursuant to said letter I contacted you and was advised that
before any search is made, those individuals who were listed by Bowman must file a
notarized authorization waiving their primary rights.  The forms were provided to me and
all were properly completed and sent back to DEA.   The waivers were sent back to the
DEA  Atten:  Operation Unit (SARO), 8701 Morrisitte Drive, Springfield, Virginia,
22152.  All the privacy waivers from the listed individuals were completed by December
2008.

          I have been in communication with Ms. Myrick since then at different times to
inquiry the status of when would I be receiving a response and/or records requested.
Enclosed are copies of letters from me to Ms. Myrick as late as July 6, 2010.  the last
response from Ms. Myrick was February 18, 2009.

          Mr. Bowman is urgently awaiting the desired records to enable him to proceed on
a past conviction issue which allow a certain time within which to file with the Court.

          I am urgently requesting for the production of FOI documents.  Awaiting your
response.

HENRY GONZALEZ

cc:     Harry Joseph Bowman

# Henry Gonzalez
### Attorney At Law

Also Admitted
    District of Columbia
    State of New York

708 Jackson Street
Tampa, Florida 33602
Telephone: (813) 221-2505
Fax: (813) 221-2205
Email: gonzalezlegal1@verizon.net

November 5, 2010

DEA  HEADQUARTERS
OPERATION UNIT  (SARO)
8701 Morrissette Drive
Springfield,  Virginia

ATTENTION:  FOI  Specialist Angela H.

Dear Angela H.,

    Please refer again to my letter dated October 5, 2010 and attachments.  It would greatly be appreciated a response to same as time is of the essence.

/ S /
_____
HENRY GONZALEZ

# Henry Gonzalez
### Attorney At Law

Also Admitted
  District of Columbia
  State of New York

708 Jackson Street
Tampa, Florida 33602
Telephone: (813) 221-2505
Fax: (813) 221-2205
Email: gonzalezlegal1@verizon.net

February 2, 2011

DEA  HEADQUARTERS
OPERATION UNIT  (SARO)
8701 Morrissette Drive
Springfield,  Virginia

ATTENTION:  FOI  Specialist Angela H.

Dear Angela H.,

     Please refer again to my letter dated October 5, 2010 and attachments.  It would greatly be appreciated a response to same as time is of the essence.

/s/

HENRY GONZALEZ



**U.S. Department of Justice**

Drug Enforcement Administration

FOI/Records Management Section

8701 Morrissette Drive

Springfield, Virginia 22152

APR 2 7 2011

Case Number: 08-0898-F

Subject: OPERATION "SILVERSPOKE"/ALL STATEMENTS MADE BY ANYONE DURING THE COURSE OF THE INVESTIGATION THAT REFER TO HARRY JOSEPH BOWMAN

Henry Gonzalez
Attorney at Law
708 Jackson Street
Tampa, FL 33602

Dear Mr. Gonzalez:

This letter responds to your Freedom of Information/Privacy Act (FOI/PA) requests for the time period of March 26, 2003 to February 2, 2011, addressed to the Drug Enforcement Administration (DEA), Freedom of Information/Privacy Act Unit (SARF), seeking access to information regarding the above subject.

We regret the inordinate amount of time it has taken to process your request. Unfortunately, we continue to experience a large volume of incoming FOI/PA requests that has adversely impacted our response time to the public.

With regard to your Criminal/Case Court Docket Number: 8:07-CV-466-T-30TGW, please be advised that DEA does not index, maintain or retrieve investigative information by reference to criminal/case court docket numbers. Our investigative records are maintained and retrieved by investigative file references or file numbers assigned by this Agency. Thus, the criminal number is of no assistance in locating records responsive to your request.

Your request indicated that you wished DEA to conduct a search for investigative records. Please be advised that DEA criminal investigative information is maintained in the DEA Investigative Reporting and Filing Systems (IRFS). The Narcotics and Dangerous Drugs and Information Systems (NADDIS), is the index to and practical means by which DEA retrieves information from IRFS. A search was conducted using "Operation Silverspoke" and the name Harry Joseph Bowman, date of birth July 17, 1949. As a result of the search, no records were located regarding "Operation Silverspoke".

Case Number: 08-0898-F                                      Page 2

      However, records were located regarding Harry Joseph Bowman.  The processing of your request identified certain materials that will be released to you.  Portions not released are being withheld pursuant to the Freedom of Information Act, 5 U.S.C. § 552, and/or the Privacy Act, 5 U.S.C. § 552a.  Please refer to the list enclosed with this letter that identifies the authority for withholding the deleted material, which is indicated by a mark appearing in the block next to the exemption.  An additional enclosure with this letter explains these exemptions in more detail.  The documents are being forwarded to you with this letter.

      While processing this request, we identified DEA documents containing information furnished by other government agencies.  DEA is in the process of consulting with these agencies before granting access to the documents in accordance with 28 C.F.R § 16.4 and/or 16.42.  You will be notified if more material is available for release pending results from the consultations.

      In addition, we located in DEA files information that was furnished by another government agency.  That information and a copy of your request have been referred for a decision as to access and the agency involved will respond directly to you in accordance with 28 C.F.R § 16.4 and/or 16.42.

      For purposes of assessing fees, your request has been categorized as *all others* in which you will be afforded two (2) hours of search and 100 pages of duplication at no charge.  Accordingly, our records show that Mr. Bowman is referenced in thirty (30) DEA investigative case files, but we have neither searched for nor processed any documents that might be found in these files.  Please be advised that the government incurs substantial costs in reviewing these files.  Each referenced file takes approximately two hours to hand search, $28.00 an hour, for an approximate total of $1,680.00.  **It is required that you agree to pay all remaining fees incurred when your request is completed.  Even upon receipt of all processing fees, the Drug Enforcement Administration (DEA) cannot guarantee that any documents will be made available to you under the Freedom of Information/Privacy Act (FOI/PA).**

      Consequently, until those files are reviewed it cannot be determined whether they in fact relate to "Operation Silverspoke" and/or Mr. Bowman or that there is information, if any exists, is available that can be released.  Further, it is impossible to provide an estimate of the time it will take to process the request and make any releasable material available to you.  Upon receipt of a **check or money order** in the amount indicated, made payable to the Treasury of the United States, DEA will initiate further processing of your request.  Please indicate on the face of your check or money order the Case Number and mail to the following address:

      DEA HEADQUARTERS
      ATTN: FOI/PA UNIT (SARF)
      8701 MORRISSETTE DRIVE
      SPRINGFILED, VIRGINIA  22152

Case Number: 08-0898-F                                                      Page 3

As provided by 28 C.F.R. § 16.3(b), this letter also affords you the opportunity to reformulate your request in such a manner as to reduce the search and reproduction fees. This could be accomplished by narrowing the scope of your request. In considering whether to reformulate your request, be advised that DEA does not maintain separate dossier investigative case files on every individual or entity that is of investigative interest.

Lastly, the portion of your request seeking statements or information made by any other individuals will not be processed. Specifically, we have received third party release statements (privacy waiver) for several individuals. Unfortunately, without the complete name, date and place of birth, and social security number of the individuals, we are unable to conduct an accurate search of our records or positively identify the individuals in our records. Due the length of time, please re-submit the third party release statements permitting the DEA to release personal information from its files. The waiver should be dated within a reasonable time period preceding the request, and the original copy of the waiver must be provided to the DEA. Enclosed are two forms that can be photocopied, to assist you with this requirement.

If you wish to appeal any denial of your request, you must make your appeal in writing and it must be received by the Office of Information Policy within sixty (60) days of the date of this letter pursuant to 28 C.F.R. § 16.9. The appeal should be sent to the following address, with the envelope marked "FOIA Appeal":

> DEPARTMENT OF JUSTICE
> OFFICE OF INFORMATION POLICY
> NYAV BUILDING, 11TH FLOOR
> WASHINGTON, D.C. 20530

Again, we apologize for the delay and hope that the enclosed material is of value to you. If you have any questions regarding this letter, you may contact FOI Specialist Tracie Sandifer on (202) 307-7627.

Sincerely,

Katherine Myrick

Katherine L. Myrick, Chief
Freedom of Information/Privacy Act Unit
FOI/Records Management Section

Enclosures

U. S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of   27

| 1. Program Code OPERATION SILVERSPOKE | 2. Cross File | Related Files | 3. File No. GS-92-Z004 | 4. G--DEP Identifier GNC1D |
|---|---|---|---|---|
| 5. By: S/A Joseph Kilmer At: MFD/MET-2 Miami, FL | | | 6. File Title HICKS, Wayne E. | |
| 7. ☐ Closed  ☐ Requested Action Completed ☐ Action Requested By: | | | 8. Date Prepared May 2, 1997 | |
| 9. Other Officers: FBI S/A's Tim Donovan, Marty Boland | | | | |
| 10. Report Re: Debriefing of Cooperating Defendant Houston Clyde MURPHY | | | | |

SYNOPSIS:

Beginning on February 6, 1997, Cooperating Defendant Houston Clyde MURPHY has been interviewed relative to his knowledge of the illegal activities of the OUTLAWS MOTORCYCLE CLUB. The contents of this report represent only a summary of the information and details recalled by MURPHY, confidentiality requested, and does not purport to be a verbatim statement. The specific dates and descriptions of the events delineated in this report are based on a memory that has not been refreshed by existing documents. The accounts presented in this report are subject to modifications and/or clarifications as documentary information is obtained and his memory is refreshed.

DETAILS:

1.  Beginning on February 6, 1997, Cooperating Defendant Houston Clyde MURPHY has been debriefed regarding his knowledge of and involvement in the illegal activities as a high ranking member of the OUTLAWS MOTORCYCLE CLUB in Florida. During the course of these debriefings, agents present have included DEA S/A Joseph Kilmer, FBI S/A's Tim Donovan and Marty Boland, Prosecutors Jerry Massie, Steve Kunz and Terry Furr and MURPHY's attorney, Robert Hambrick of Tampa, Florida. The following is a synopsis of the information related by MURPHY over a several week period to investigators/prosecutors:

2.  MURPHY moved to Florida from Savannah, Georgia circa 1978, while enlisted in the U.S. Coast Guard. From 1978 until 1982-1983, MURPHY deployed on various USCG Cutters. Circa 1983 he left the USCG and worked within the airline industry as a maintenance mechanic. It was at this time period that MURPHY became interested in riding Harley-Davidson motorcycles.

3.  Circa 1984, MURPHY worked as a motorcycle mechanic during the day and for Chalks Airlines during the evening in Ft. Lauderdale, Florida.

| 11. Distribution: | 12. Signature (Agent) S/A Joseph Kilmer | 13. Date 1-26-98 |
|---|---|---|
| Division   See last page | | |
| District | 14. Approved (Name and Title) G/S Jeffrey D. Sweetin | 15. Date 1-26-98 |
| Other   ba/jk.murphy | | |

DEA Form   – 6
(Jul 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

1 – Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U. S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION | 1. File No. GS-92-Z004 | 2. G-DEP Identifier GNC1D |
|---|---|---|
| *(Continuation)* | 3. File Title HICKS, Wayne E. | |
| 4. Page 2T of 27 | | |
| 5. Program Code OPERATION SILVERSPOKE | 6. Date Prepared May 2, 1997 | |

115. Regarding the drug trafficking by BOWMAN, BOWMAN had 180 valiums at Daytona Bike Week in 1993 for his use. Anytime BOWMAN would travel to South Florida, he would demand cocaine, and MURPHY would tell Chris MAIALE, who would turn to former member James PEOPLES aka SLIM JIM to pick up a few grams for BOWMAN's use.

116. MURPHY overheard Frank WHEELER and BOWMAN arguing about "product flow" problems.

117. BOWMAN used to do drug deals with fomer OUTLAWS Joliet Chapter boss Terry SCHEER aka BLOOD. MURPHY believed that SCHEER bought a quarter kilogram of cocaine from HICKS in April 1989 in South Florida.

118. BOWMAN told MURPHY that the BROTHERS III MOTORCYCLE SHOP in Pompano Beach was smuggling cocaine from Canada, possibly inside motorcycle engines, and that they owed money to Organized Crime figures. MURPHY did not know how BOWMAN knew this but did not think that BOWMAN was involved with the smuggling ventures.

INDEXING SECTION:

1. SMITH, Clarence - NADDIS 1503295

2. HICKS, Wayne - NADDIS 2085203

3. MURPHY, Houston - NADDIS 2594250

4. AGNEW, James - NADDIS 2593357

5. CLARK, Glenn - NADDIS 3656241

6. MAIALE, Christopher - NADDIS 2594203

7. GIDDENS, Michael - NADDIS 3033693

8. MANN, Bobby - NADDIS 3588445

9. ROSS, Mark - NADDIS 2594233

10. OUTLAWS FT. LAUDERDALE - NADDIS 372600

11. OUTLAWS DAYTONA BEACH - NADDIS 3033574

12. OUTLAWS ORLANDO - NADDIS 1516831

13. PAGANS MOTORCYCLE CLUB - NADDIS 74544/3588658

---

| DEA Form - 6a (Aug. 1994) | ba/ jk.murphy | DEA SENSITIVE Drug Enforcement Administration | |
|---|---|---|---|

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

1 - Prosecutor

U. S. Department of Justice
Drug Enforcement Administration

| | | 1. File No. | GS-92-Z004 | 2. G-DEP Identifier | GNC1D |
|---|---|---|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | | 3. File Title | HICKS, Wayne E. | | |
| 4.           Page          22   27 | | | | | |
| 5. Program Code  OPERATION SILVERSPOKE | | 6. Date Prepared          May 2, 1997 | | | |

14. WARLOCKS MOTORCYCLE CLUB - NADDIS 115197/2806526/3505909

15. FIFTH CHAPTER MOTORCYCLE CLUB - NADDIS 2593685

16. LEMUNYON, Stephen - NADDIS 3506509

17. STANTON, Deborah - NADDIS 2818019

18. OUTRAGEOUS TATTOOS - NADDIS 2847069/3291616/3448066/3475870

19. MONTSDEOCA, Ron - NADDIS 3251169

20. HALL, Dennis - NADDIS 3006227

21. CAMPBELL, Paul - NADDIS 2267714

22. OUTLAWS MILWAUKEE - NADDIS 66508

23. BECKER, Jody - NADDIS 3234689

24. OUTLAWS GARY - NADDIS 3782639

25. OUTLAWS CHICAGO - NADDIS 284646/1356349

26. CHAFFIN, Raymond - NADDIS 3006244

27. DELANEY, Dennis - NADDIS 2593601

28. KAHLOW, Tom - NADDIS 1143147

29. HEGNEY, Frederick - NADDIS 46795

30. SANDMEYER, Billy - NADDIS 2594640 (deceased)

31. MERRIMAN, Jim - NADDIS 1956375

32. MOORE, David - NADDIS 1534492

33. ASMAR, John - NADDIS 25933423

34. MUELLER, Tom - NADDIS 3027688, aka TOM TURKEY

35. PEASE, William - NADDIS 2594309

DEA Form      - 6a          ba/jk.murphy        **DEA SENSITIVE**
(Aug. 1994)                              Drug Enforcement Administration                    1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

U. S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION<br>(Continuation) | 1. File No.<br>GS-92-7004 | 2. G-DEP Identifier<br>GNC1D |
|---|---|---|
| | 3. File Title | |
| 4.      Page      of<br>24    27 | HICKS, Wayne E. | |
| 5. Program Code<br>OPERATION SILVERSPOKE | 6. Date Prepared<br>May 2, 1997 | |

56. KOCH, James - NADDIS 3026150

57. JOKERS MOTORCYCLE CLUB - NADDIS 1522029

58. GELINAS, Albert - NADDIS 4103005

59. STANTON, George - NADDIS 2738473 (deceased)

60. WEST, Robert - NADDIS 1530114 (deceased)

61. WHEELER, Frank - NADDIS 2372205

62. ROSS, Cameron  - NADDIS 1962476 (deceased)

63. NISSEN, Erwin - NADDIS 3233735

64. MAYAN INN - NADDIS 2847048

65. MCLAIN, James  - NADDIS 2594213

66. BARNER, Richard - NADDIS 4048463/1624165

67. DEULEY, Gary Frazier - NADDIS negative.  White male, Address:  Valdosta, Georgia.
DOB:  08/14/32, Alternate DOB:  08/14/32.  SSN:  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, FDLE #0724846

68. BENNIS, Karen - NADDIS 3474669

69. NAPOLITANO, Terry - NADDIS 3150537

70. GUNTHER, Robert Sr. - NADDIS 3006224

71. MYSTIC SEVEN MOTORCYCLE CLUB - NADDIS 2980518

72. DICUIA, Jamie - NADDIS 3077642

73. SUFFIELD, Thomas Jr. - NADDIS 3989052

74. GODBY, William Thomas - NADDIS 1400007, aka CAR LOT TOM, associate of Harry J. BOWMAN

75. PEEPLES, Billy - NADDIS 3941160

76. VERRET, Sigurd aka ZIGGY - NADDIS 4304270

DEA Form  - 6a
(Aug. 1994)        ba/jk.murphy        DEA SENSITIVE
Drug Enforcement Administration                    1 - Prosecutor
This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

U. S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION *(Continuation)* | | 1. File No. GS-92-Z004 | 2. G-DEP Identifier GNC1D |
|---|---|---|---|
| | | 3. File Title HICKS, Wayne E. | |
| 4. Page 25 of 27 | | | |
| 5. Program Code OPERATION SILVERSPOKE | | 6. Date Prepared May 2, 1997 | |

77. VERRET, Adam aka TAD - NADDIS 1674925

78. DRAKE, Linton - NADDIS 2593623

79. AMOS, Tyra - NADDIS 3672710 aka Tyra AMOS-Mann and Tyra MANN

80. ROURKE, Joe - NADDIS 3873923

81. ROURKE, Mickey - NADDIS 1745283

82. IRON CROSS MOTORCYCLE CLUB - NADDIS 721526

83. SCHLICTMANN, Donald - NADDIS 3750968

84. OLIVERIA, Bruce - NADDIS 3916923

85. ZWOLINSKI, Dale aka SPITTIN TOM - NADDIS 1195226 (deceased)

86. TEREK, George - NADDIS 1176129

87. CAIN, William aka SNAKE - NADDIS 3023020

88. PARENTE, Mario - NADDIS 807492

89. BONES MOTORCYCLE CLUB - NADDIS 3629336

90. MIKOLE-IJEK, Helmut - NADDIS 3629349

91. IGNJIC, Manojlo - NADDIS 3629361

92. SPURGEON, David - NADDIS 2219838

93. INDUISI, Anthony - NADDIS 21272

94. WEXLER, Stacy - NADDIS 3021043

95. O'NEILL, Kevin P. - NADDIS 2936472

96. HEYNS, James B. - NADDIS 4119813

97. CORLEU, David - NADDIS 3226019

98. FLY-IN-WHEELS MOTORCYCLE CLUB - NADDIS 3111749

DEA Form - 6a
(Aug. 1994)

ba/jk.murphy

**DEA SENSITIVE**
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

U. S. Department of Justice
Drug Enforcement Administration

| | | 1. File No. | 2. G-DEP Identifier |
|---|---|---|---|
| **REPORT OF INVESTIGATION** | | GS-92-Z004 | GNC1D |
| *(Continuation)* | | 3. File Title | |
| 4. | Page 26 of 27 | HICKS, Wayne E. | |
| 5. Program Code | OPERATION SILVERSPOKE | 6. Date Prepared   May 2, 1997 | |

99. ZITO, Chuck - NADDIS 1575919

100. GUNTHER, Robert Jr. - NADDIS 2593750

101. CARLSON, Rocky - NADDIS 2219689

102. KINSEY, Jimmy - NADDIS 3518376

103. AMCHIR, Robert - NADDIS 3800784

104. COLLINS, Robert - NADDIS 837128 (deceased)

105. SCIRE, Anthony - NADDIS 1097318

106. MAGAREE, Lou - NADDIS 3749793

107. LINDERMAN, Alvin - NADDIS 1417485

108. BIKES, Keith - NADDIS 3749798

109. ANGELIQUES ESCORTS - NADDIS 3835806

110. DONNELLY, Dan - NADDIS 3846668

111. COLUMBO ORGANIZED CRIME FAMILY - NADDIS 711249

112. DESIMONE, Louis - NADDIS negative.  White male, DOB:  12/20/58, SSN:  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, FDLE #07033976, Address:  6550 Grant Court, Hollywood, Florida

113. ROBINSON, James - NADDIS 3749831

114. EDWARDS, Roy - NADDIS 2664955

115. ANASTAS, Edward - NADDIS 1194478

116. YAGER, Randy - NADDIS 2739452

117. MUSHER, Louis - NADDIS 3659234

118. MARKHAM, Michael - NADDIS 2735899

119. ALLISON, Jeffrey - NADDIS 1645137

DEA Form - 6a
(Aug. 1994)        ba/jk.murphy        **DEA SENSITIVE**
Drug Enforcement Administration                1 - Prosecutor
This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

U. S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION *(Continuation)* | 1. File No. GS-92-Z004 | 2. G-DEP Identifier GNC1D |
|---|---|---|
| | 3. File Title HICKS, Wayne E. | |

| 4. Page 27 of 27 | |
|---|---|
| 5. Program Code OPERATION SILVERSPOKE | 6. Date Prepared May 2, 1997 |

120. KRUPPSTADT, Robert - NADDIS 3658086

121. TALLEY, KEVIN aka TURBO - NADDIS 3269896

122. LACOMBE, Joseph - NADDIS 149112

123. HELLS HENCHMAN MOTORCYCLE CLUB - NADDIS 1134422

124. MORGAN, Raymond - NADDIS 3027676/3027684

125. ROGERS, Peter - NADDIS 1451827

126. RUOF, Edgar - NADDIS 1677115

127. LANK, Steven - NADDIS 2981796

128. ASPURO, Gilbert- NADDIS 2733098

129. MONGOLS MOTORCYCLE CLUB - NADDIS 576073

130. HILTON, Steven - NADDIS 3199944

131. MAYS, Dave - NADDIS 2894070

132. PUTTICK, Patrick - NADDIS 2736689

133. FOGG, Donald - NADDIS 3656969 (deceased)

134. BARGER, Sonny - NADDIS 19839

135. CHRISTIE, George - NADDIS 1233444

136. RAPPERS MOTORCYCLE CLUB - NADDIS negative.  Located in Chattanooga, TN

137. HICKS, Bruce - NADDIS 1669038

138. BANDITOS MOTORCYCLE CLUB - NADDIS 99198

139. PEOPLES, James - NADDIS 3749787

140. SCHEER, Terry - NADDIS 1550756

141. BROTHERS III MOTORCYCLE SHOP - NADDIS 2942801/3588720/3749809

DEA Form - 6a
(Aug. 1994)          ba/jk.murphy          **DEA SENSITIVE**
Drug Enforcement Administration          1  Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

U. S. Department of Justice
Drug Enforcement Administration

# REPORT OF INVESTIGATION

*(Continuation)*

| | |
|---|---|
| 1. File No. GS-92-Z004 | 2. G-DEP Identifier GNC1D |
| 3. File Title HICKS, Wayne E. | |

4.
Page 28 of 27

5. Program Code
OPERATION SILVERSPOKE

6. Date Prepared
May 2, 1997

142. CURRAN, Marty – NADDIS 1451752

143. WHEELS OF MAN MOTORCYCLE CLUB – NADDIS 2594794

144. OLLMAN, Curtis –NADDIS negative.  White male, Address:  Jacksonville, Florida

145. SETZER, Deborah – NADDIS 3672457

146. TODD, John – NADDIS 1439203

147. L AND H SALOON – NADDIS 4297073

148. BULL CREEK LOUNGE – NADDIS 4297075

149. SONS OF SLIENCE MOTORCYCLE CLUB – NADDIS 336506

150. H AND B CYCLE – NADDIS negative. 3914 N.W. Gainsville Road, Ocala, Florida.
Telephone Number:  352-351-5122

151. MAIN STREET STATION – NADDIS 2847036

152. RYDER, Tania – NADDIS 3672405

153. SUNDOWNERS MOTORCYCLE CLUB – NADDIS 1122012

154. SEMANON MOTORCYCLE CLUB – NADDIS negative.  Located near Tampa, Florida

DISTRIBUTION:

SARI
Cincinati RO (Steve Riley)
Columbus RO (Gene Hawk)
Buffalo RO (Jim McGill)
Tampa RO (Ken Harris)

ba/jk.murphy

DEA SENSITIVE
Drug Enforcement Administration
This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

1 - Prosecutor

## FREEDOM OF INFORMATION ACT
### SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552

(b)(1)  Information which is currently and properly classified pursuant to Executive Order in the interest of the national defense or foreign policy.

(b)(2)  Materials related solely to the internal rules and practices of DEA.

(b)(3)  Information specifically exempted from disclosure by another federal statute.

(b)(4)  Privileged or confidential information obtained from a person, usually involving commercial or financial matters.

(b)(5)  Inter-agency or intra-agency documents which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction, or which represent the work product of an attorney, or which reflect confidential communications between a client and an attorney.

(b)(6)  Materials contained in sensitive records such as personnel or medical files, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.

(b)(7)  Records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information (A) could reasonably be expected to interfere with enforcement proceedings; (B) would deprive a person of a right to a fair trial or an impartial adjudication; (C) could reasonably be expected to constitute an unwarranted invasion of personal privacy; (D) could reasonably be expected to disclose the identity of a confidential source, including a State, local or foreign agency or authority or any private institution which furnished information on a confidential basis; and, in the case of a record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source; (E) would disclose techniques and procedures for law enforcement investigations or prosecutions or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or (F) could reasonably be expected to endanger the life or physical safety of any individual.

## PRIVACY ACT
### SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552a

(d)(5)  Materials compiled in reasonable anticipation of a civil action or proceeding.

(j)(2)  Material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals.

(k)(1)  Information which is currently and properly classified pursuant to Executive Order in the interest of the national defense or foreign policy.

(k)(2)  Material compiled during civil investigations for law enforcement purposes.

(k)(5)  Investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to an express promise that his identity would be held in confidence, or pursuant to an implied promise of confidentiality if such information was furnished prior to September 27, 1975.

(k)(6)  The substance of tests used to determine individual qualifications for appointment or promotion in Federal Government Service.

| REPORT OF INVESTIGATION | | | Page 1 of | 2 |

| 1. PROGRAM CODE | 2. CROSS FILE | RELATED FILES | 3. FILE NO. I7-84-Z010 | 4. G-DEP IDENTIFIER |

**5.** BY: S/A ▮▮▮▮▮▮▮▮▮▮
AT: Detroit, Michigan

6. FILE TITLE

OUTLAWS MOTORCYCLE GANG

**7.** ☐ Closed  ☐ Requested Action Completed
☐ Action Requested By:

8. DATE PREPARED

December 15, 1986

**9.** OTHER OFFICERS: S/A ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**10.** REPORT RE:

Surveillance of Undercover Agent ▮▮▮▮▮▮▮▮▮▮▮

DETAILS:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

6.  At approximately 1:12 PM, S/A's ▮▮▮▮▮▮▮▮▮▮ checked, 10434 Merlin, the residence of Harry BOWMAN, aka TACO, and observed a 1977 Lincoln, two door blue in color, bearing ▮▮▮▮▮▮▮▮▮▮ parked in the driveway of the residence.  The vehicle is registered to ▮▮▮▮▮▮▮▮▮ on a 1977 Lincoln two door.

**11.** DISTRIBUTION:

REGION

DISTRICT

OTHER

13. DATE  2-9-87

15. DATE  2-9-87

DEA Form - 6
(May 1980)

DEA SENSITIVE
DRUG ENFORCEMENT ADMINISTRATION
This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.
Previous edition may be used.

| | REPORT OF INVESTIGATION (Continuation) | 1. FILE NO. I7-84-Z010 | 2. G-DEA |
|---|---|---|---|
| | | 3. FILE TITLE OUTLAWS M/C GANG | |
| 4. | Page 2 of 2 | | |
| 5. PROGRAM CODE | | 6. DATE PREPARED 07/30/86 | |

6. ▮▮▮▮▮▮ ▮▮▮▮ Detroit P.D. Intelligence Office, related to S/A's that Harry BOWMAN, aka "TACO", is now residing at 10434 Merlin in Detroit, Michigan. A utilities check by S/A ▮▮▮▮ revealed that 10434 Merlin is listed to a Harry BOWMAN since October of 1985.

INDEXING SECTION:

1. OUTLAWS M/G GANG - NADDIS #45500

10. BOWMAN, Harry - NADDIS #58954
    Address: 10434 Merlin, Detroit, Michigan

DEA Form 6a
(May 1980)

DEA SENSITIVE
DRUG ENFORCEMENT ADMINISTRATION
This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the Agency to which loaned.

Previous edition may be used.

28

7C, e, f 2

| REPORT OF INVESTIGATION | 1. FILE NO. I7-84-Z010 | 2. G-DEP IDENTIFIER |
|---|---|---|
| (Continuation) | 3. FILE TITLE OUTLAWS MOTORCYCLE GANG | |
| 4. Page 2 of 3 | | |
| 5. PROGRAM CODE | 6. DATE PREPARED July 10, 1986 | |

9. At the corner of Lappin and Gratiot in front of the FURNITURE WHOLESALE DISTRIBUTORS, 14460 Gratiot, S/A █████ observed Michigan registration 114 VN on an assembled motorcycle parked at the corner. This vehicle is registered to Harry Joseph BOWMAN at 19321 Helen in Detroit, Michigan 48232. A utility check of that residence showed that ████████ BOWMAN is considered the national president of the OUTLAWS MOTORCYCLE GANG.

DEA SENSITIVE
DRUG ENFORCEMENT ADMINISTRATION
This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the Agency to which loaned.

Previous edition may be used.

30

7c, e, f

2



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

---

Washington, DC 20226
www.atf.gov

MAY 1 2 2011                                          Refer to:  2011-740

Mr. Henry Gonzalez
Attorney at Law
708 Jackson Street
TAMPA  FL  33602


Re:  Your Client Harry Joseph Bowman

Dear Mr. Gonzalez:

This is about three documents that were referred to this Agency by the Drug Enforcement
Administration, for review and direct response to you.

We are releasing the disclosable portions of the documents and withholding portions pursuant to
Title 5 U.S.C. 552 (b)(7)(C) and (D).

Insofar as deletions were made you have the right to file an administrative appeal.  If you choose
to appeal you may write to the Office of Professional Responsibility, United States Department
of Justice, 1425, New York Avenue, Suite 11050, Washington DC 20530-0001.  Your letter
must be received within 60 days of the date of this letter and should present arguments
supporting your appeal.

                    Sincerely,

                    Marilyn R. LaBrie
                    Team Leader, Disclosure Division



DEPARTMENT OF THE TREASURY-BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

## REPORT OF INVESTIGATION (Law Enforcement)

| | Page 1 of _____ pages |
|---|---|

**1. INVESTIGATION IS**
☐ ROUTINE
☐ SENSITIVE
☐ SIGNIFICANT

**2. TO:**

SPECIAL AGENT IN CHARGE
DETROIT DISTRICT

**3. MONITORED INVESTIGATION INFORMATION** *(Number and Branch)*

DETROIT DISTRICT CIP: FT85-1
NARCOTICS TRAFFICKING
REPORT #14

**4. TITLE OF INVESTIGATION**

OUTLAWS MOTORCYCLE CLUB

**5. INVESTIGATION No.** *(Include Suspect No.)*

33910-84-1027Z  ( No. 1-54 )

| 6. TYPE OF REPORT *(Check applicable boxes)* | | | | 7. BUREAU PROGRAM | | 8. PROJECT(S) | |
|---|---|---|---|---|---|---|---|
| | PRELIMINARY | | COLLATERAL *(Request)* | X TITLE I | FIREARMS | | TARGETED OFFENDER |
| | | | | X TITLE II | | | TERRORIST/EXTREMIST |
| | | | COLLATERAL *(Reply)* | X TITLE VII | | | OCD |
| X | STATUS | | | TITLE II | EXPLOSIVES | | ITAR |
| | | | | TITLE XI | | | SEAR |
| | FINAL | | INTELLIGENCE | TOBACCO | | | OMO |
| | | | | | | | OTHER *(Specify)* |
| | SUPPLEMENTAL | | REFERRAL *(Internal)* | ALCOHOL | | X | OCDETF |

**9. DETAILS:**

This report relates to the status of a Great Lakes Task Force investigation concerning alleged violations of Federal Firearms, Narcotics and Conspiracy Laws by the Outlaws Motorcycle Gang, whose clubhouse is located at 8219 Mt. Elliot, Detroit.

During this reporting period, the following has occurred:

[REDACTED]/86:

PORTION WITHHELD PURSUANT TO

TITLE 5 U.S.C. 552

552
b7C   b7D

[REDACTED]/86:

PORTION WITHHELD PURSUANT TO
TITLE 5 U.S.C. 552

[REDACTED]/86:

PORTION WITHHELD PURSUANT TO
TITLE 5 U.S.C. 552

EXEMPTIONS ON THIS PAGE

b7C  b7D

5c

| 10. SUBMITTED BY *(Name)* [REDACTED] | 11. TITLE AND OFFICE Special Agent, Group IV, Detroit | 12. DATE 7/../.. |
|---|---|---|
| 13. REVIEWED BY *(Name)* [REDACTED] | 14. TITLE AND OFFICE Supervisor, Group IV, Detroit | 15. DATE |
| 16. APPROVED BY *(Name)* James A. Hathaway | 17. TITLE AND OFFICE ASAC, Detroit District | 18. DATE |

ATF F 3270.2 (4-85)

COPY 4 - POD

DEPARTMENT OF THE TREASURY
Bureau of Alcohol, Tobacco and Firearms

**REPORT OF INVESTIGATION—CONTINUATION SHEET**
**(Criminal Enforcement)**

PAGE 3
OF 3 PAGES

| TITLE OF INVESTIGATION | UNIQUE IDENTIFIER |
|---|---|
| OUTLAWS MOTORCYCLE CLUB | 33910-84-1027Z |

DETAILS (Continued)

/86 :

PORTION WITHHELD PURSUANT TO

TITLE 5 U.S.C. 552

PORTION WITHHELD PURSUANT TO

TITLE 5 U.S.C.
552
b7C b7D

PORTION WITHHELD PURSUANT TO

TITLE 5 U.S.C.

PORTION WITHHELD PURSUANT TO

TITLE 5 U.S.C.

58

<u>EXEMPTIONS ON THIS PAGE</u>   b7C, b7D.

ATF F 3270.3 (5-80)    EDITION OF 10-77 MAY BE USED

COPY 4 - POD

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

**REPORT OF INVESTIGATION—CONTINUATION SHEET**
(Criminal Enforcement)

PAGE __2__
OF __2__ PAGES

| TITLE OF INVESTIGATION | UNIQUE IDENTIFIER |
|---|---|
| OUTLAWS MOTORCYCLE CLUB | 33910-84-10272 |

DETAILS (Continued)

██ /86:

PORTION WITHHELD PURSUANT TO

TITLE 5 U.S.C.

██ /86:

PORTION WITHHELD PURSUANT TO

TITLE 5 U.S.C.

552

b7C   b7D

██ /86:

PORTION WITHHELD PURSUANT TO

TITLE 5 U.S.C. 552

██ /86:

PORTION WITHHELD PURSUANT TO

TITLE 5 U.S.C.

██ /86:

PORTION WITHHELD PURSUANT TO

TITLE 5 U.S.C.

PORTION WITHHELD PURSUANT TO

TITLE 5 U.S.C.

EXEMPTIONS ON THIS PAGE
b7C   b7D

57

ATF F 3270.3 (5-80)   EDITION OF 10-77 MAY BE USED

COPY 4 - POD



**U.S. Department of Justice**
Drug Enforcement Administration
FOI/Records Management Section
8701 Morrissette Drive
Springfield, Virginia 22152

**MAY 1 9 2011**

Case Number: 08-0898-F

Subject: OPERATION "SILVERSPOKE" - ALL STATEMENT MADE BY ANYONE DURING
THE COURSE OF THE INVESTIGATION THAT REFER TO HARRY JOSEPH BOWMAN

Henry Gonzalez
708 Jackson Street
Tampa, FL 33602

Dear Mr. Gonzalez:

This letter responds to your Freedom of Information/Privacy Act (FOI/PA) request dated
June 06, 2008, addressed to the Drug Enforcement Administration (DEA), Freedom of
Information/Privacy Act Unit (SARF), seeking access to information regarding the above subject.

By letter dated April 27, 2011, DEA informed you that we will notify you if more material is
available for release pending the results of consultation with another government agency.
Consultation with the agency is complete.

The processing of your request identified certain materials that will be released to you.
Portions not released are being withheld pursuant to the Freedom of Information Act, 5 U.S.C. §
552, and/or the Privacy Act, 5 U.S.C. § 552a. Please refer to the list enclosed with this letter that
identifies the authority for withholding the deleted material, which is indicated by a mark appearing
in the block next to the exemption. An additional enclosure with this letter explains these
exemptions in more detail. The documents are being forwarded to you with this letter.

The rules and regulations of the Drug Enforcement Administration applicable to Freedom of
Information Act requests are contained in the Code of Federal Regulations, Title 28, Part 16, as
amended. They are published in the Federal Register and are available for inspection by members
of the public.

If you wish to appeal any denial of your request, you must make your appeal in writing and
it must be received by the Office of Information Policy within sixty (60) days of the date of this
letter pursuant to 28 C.F.R. § 16.9. The appeal should be sent to the following address, with the
envelope marked "FOIA Appeal":

DEPARTMENT OF JUSTICE
OFFICE OF INFORMATION POLICY
NYAV BUILDING, 11TH FLOOR
WASHINGTON, D.C.  20530

Case Number: 08-0898-F                                                    Page 2

       If you have any questions regarding this letter, you may contact FOI Specialist Therese A. Cooper on 202-307-7757.

<div align="center">
Sincerely,

*Katherine Myrick*

Katherine L. Myrick, Chief
Freedom of Information/Privacy Act Unit
FOI/Records Management Section
</div>

          Number of pages withheld:   0

          Number of pages released:   2

## APPLICABLE SECTIONS OF THE FREEDOM OF INFORMATION AND/OR PRIVACY ACT:

| Freedom of Information Act 5 U.S.C. 552 | | | Privacy Act 5 U.S.C. 552a | |
|---|---|---|---|---|
| [ ] (b)(1) | [ ] (b)(5) | [x] (b)(7)(C) | [ ] (d)(5) | [ ] (k)(2) |
| [ ] (b)(2) | [ ] (b)(6) | [ ] (b)(7)(D) | [ ] (j)(2) | [ ] (k)(5) |
| [ ] (b)(3) | [ ] (b)(7)(A) | [x] (b)(7)(E) | [ ] (k)(1) | [ ] (k)(6) |
| [ ] (b)(4) | [ ] (b)(7)(B) | [x] (b)(7)(F) | | |

Enclosures

FREEDOM OF INFORMATION ACT
SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552

(b)(1)  Information which is currently and properly classified pursuant to Executive Order in the interest of the national defense or foreign policy.

(b)(2)  Materials related solely to the internal rules and practices of DEA.

(b)(3)  Information specifically exempted from disclosure by another federal statute.

(b)(4)  Privileged or confidential information obtained from a person, usually involving commercial or financial matters.

(b)(5)  Inter-agency or intra-agency documents which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction, or which represent the work product of an attorney, or which reflect confidential communications between a client and an attorney.

(b)(6)  Materials contained in sensitive records such as personnel or medical files, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.

(b)(7)  Records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information (A) could reasonably be expected to interfere with enforcement proceedings; (B) would deprive a person of a right to a fair trial or an impartial adjudication; (C) could reasonably be expected to constitute an unwarranted invasion of personal privacy; (D) could reasonably be expected to disclose the identity of a confidential source, including a State, local or foreign agency or authority or any private institution which furnished information on a confidential basis; and, in the case of a record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source; (E) would disclose techniques and procedures for law enforcement investigations or prosecutions or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or (F) could reasonably be expected to endanger the life or physical safety of any individual.


PRIVACY ACT
SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552a

(d)(5)  Materials compiled in reasonable anticipation of a civil action or proceeding.

(j)(2)  Material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals.

(k)(1)  Information which is currently and properly classified pursuant to Executive Order in the interest of the national defense or foreign policy.

(k)(2)  Material compiled during civil investigations for law enforcement purposes.

(k)(5)  Investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to an express promise that his identity would be held in confidence, or pursuant to an implied promise of confidentiality if such information was furnished prior to September 27, 1975.

(k)(6)  The substance of tests used to determine individual qualifications for appointment or promotion in Federal Government Service.

# REPORT OF INVESTIGATION

Page 1 of 2

| 1. PROGRAM CODE | 2. CROSS FILE | RELATED FILES | 3. FILE NO. | 4. G-DEP IDENTIFIER |
|---|---|---|---|---|
| (b)(7)(C),(b)(7)(F) | | | 77:R4:7010 | (b)(7)(E) |

5. BY:
AT: Detroit, MI

6. FILE TITLE

OUTLAWS MOTORCYCLE GANG

7. ☐ Closed ☐ Requested Action Completed
   ☐ Action Requested By:

8. DATE PREPARED

9/24/86

9. OTHER OFFICERS:
ATF S/A (b)(7)(C) Per ATF

10. REPORT (b)(7)(C)

Intelligence Info. Ref. Active OUTLAW Member.

DETAILS:

1. ATF S/A (b)(7)(C) received information from DPD (b)(7)(C) on September 1986, reference an active member of the OUTLAWS MOTORCYCLE GANG, Sunday at "TACO'S, HARRY BOWMAN'S, house on Groesbeck Hwy. near 16 Mile Road in Clinton Township. Supposedly, the OUTLAWS had a big party at this residence where they utilized a large tent and portable latrines.

2. With this information, (b)(7)(C) and (b)(7)(C),(b)(7)(E) then traveled to Groesbeck Hwy., where they observed a large tent being dismantled in the rear of 37411 Groesbeck Hwy., just north of 16 Mile Road. There were two porta-johns on the side of the house. (b)(7)(C)

3. As agents checked the area they observed a white male subject identified (b)(7)(C) driving a blue van enter the driveway. Agents were unable to copy the license plate. The van was driven into the back yard of the residence.

4. Several other familiar vehicles were parked in the driveway. All Michigan registered vehicles are listed as follows:

(b)(7)(C) two door, gold
Registered to (b)(7)(C) Per ATF (deceased)

4 door, 1975 Chevy Per ATF (b)(7)(C)

| 11. DISTRIBUTION: | 12. SIGNATURE (Agent) | 13. DATE |
|---|---|---|
| REGION | (b)(7)(C),(b)(7)(F) | 3/3/87 |
| DISTRICT | | 3/3/87 |
| OTHER | | 16 |

DEA Form - 6
(May 1980)

This report is [...]
Neither it nor its contents may be disseminated outside the agency to which loaned.
Previous edition may be used.

2

| REPORT OF INVESTIGATION | 1. FILE NO. | 2. G-DEP IDENTIFIER |
|---|---|---|
| (Continuation) | 17-34-Z010 | (b)(7)(E) |
| | 3. FILE TITLE | |
| 4. Page  2  of  2 | OUTLAWS MOTORCYCLE GANG | |
| 5. PROGRAM CODE | 6. DATE PREPARED | |
| | 9/24/86 | |

(b)(7)(C)

Per ATF

4-door, 1973 Plymouth

2-door, 1973 Cadillac

1979 Ford van, blue

1977 2-door Ford

5.  Agents watched the dismantling of the tent which was loaded into a Jartran trailer hauled by a light green Ford truck. Michigan registrations are as follows:

JB 0086   1979 Ford pick-up
          AAA Tent Rental
          55 North Rose, Mt. Clemens  48043

75853 M   1980 Freehauf trailer, "Jartran"
          AAA Tent Rental
          55 North Rose, Mt. Clemens  48043

All names checked through NADDIS negative, except those listed in the Indexing Section.

INDEXING SECTION:

1.  THOMPSON, MICHAEL, (b)(7)(E)
2.  BOWMAN, HARRY, NADDIS #58954
3.  LOECH, RENNIS, (b)(7)(E)

DEA SENSITIVE
DRUG ENFORCEMENT ADMINISTRATION
This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the Agency to which loaned.

Previous edition may be used.



**U.S. Department of Justice**
Drug Enforcement Administration
FOI/Records Management Section
8701 Morrissette Drive
Springfield, Virginia 22152

JUN 1 6 2011

Case Number: 08-0898-F

Subject: OPERATION "SILVERSPOKE" - ALL STATEMENT MADE BY ANYONE DURING
THE COURSE OF THE INVESTIGATION THAT REFER TO HARRY JOSEPH BOWMAN

Henry Gonzalez
708 Jackson Street
Tampa, FL 33602

Dear Mr. Gonzalez:

      This letter responds to your Freedom of Information/Privacy Act (FOI/PA) request dated
June 06, 2008, addressed to the Drug Enforcement Administration (DEA), Freedom of
Information/Privacy Act Unit (SARF), seeking access to information regarding the above subject.

      By letter dated April 27, 2011, DEA informed you that we will notify you if more material is
available for release pending the results of consultation with another government agency.
Consultation with the agency is complete.

      The processing of your request identified certain materials that will be released to you.
Portions not released are being withheld pursuant to the Freedom of Information Act, 5 U.S.C. §
552, and/or the Privacy Act, 5 U.S.C. § 552a.  Please refer to the list enclosed with this letter that
identifies the authority for withholding the deleted material, which is indicated by a mark appearing
in the block next to the exemption.  An additional enclosure with this letter explains these
exemptions in more detail.  The documents are being forwarded to you with this letter.

      The rules and regulations of the Drug Enforcement Administration applicable to Freedom of
Information Act requests are contained in the Code of Federal Regulations, Title 28, Part 16, as
amended.  They are published in the Federal Register and are available for inspection by members
of the public.

      If you wish to appeal any denial of your request, you must make your appeal in writing and
it must be received by the Office of Information Policy within sixty (60) days of the date of this
letter pursuant to 28 C.F.R. § 16.9.  The appeal should be sent to the following address, with the
envelope marked "FOIA Appeal":

      DEPARTMENT OF JUSTICE
      OFFICE OF INFORMATION POLICY
      NYAV BUILDING, 11TH FLOOR
      WASHINGTON, D.C.  20530

Case Number: 08-0898-F                                             Page 2

     If you have any questions regarding this letter, you may contact our customer service support hotline on 202-307-7596.

<div align="center">
Sincerely,

*Katherine Myrick*

Katherine L. Myrick, Chief<br>
Freedom of Information/Privacy Act Unit<br>
FOI/Records Management Section
</div>

Number of pages withheld:   0

Number of pages released:   10

## APPLICABLE SECTIONS OF THE FREEDOM OF INFORMATION AND/OR PRIVACY ACT:

| Freedom of Information Act 5 U.S.C. 552 | | | Privacy Act 5 U.S.C. 552a | |
|---|---|---|---|---|
| [ ] (b)(1) | [ ] (b)(5) | [X] (b)(7)(C) | [ ] (d)(5) | [ ] (k)(2) |
| [ ] (b)(2) | [X] (b)(6) | [ ] (b)(7)(D) | [ ] (j)(2) | [ ] (k)(5) |
| [ ] (b)(3) | [ ] (b)(7)(A) | [X] (b)(7)(E) | [ ] (k)(1) | [ ] (k)(6) |
| [ ] (b)(4) | [ ] (b)(7)(B) | [X] (b)(7)(F) | | |

Enclosure(s)

## FREEDOM OF INFORMATION ACT
### SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552

(b)(1)  Information which is currently and properly classified pursuant to Executive Order in the interest of the national defense or foreign policy.

(b)(2)  Materials related solely to the internal rules and practices of DEA.

(b)(3)  Information specifically exempted from disclosure by another federal statute.

(b)(4)  Privileged or confidential information obtained from a person, usually involving commercial or financial matters.

(b)(5)  Inter-agency or intra-agency documents which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction, or which represent the work product of an attorney, or which reflect confidential communications between a client and an attorney.

(b)(6)  Materials contained in sensitive records such as personnel or medical files, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.

(b)(7)  Records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information (A) could reasonably be expected to interfere with enforcement  proceedings; (B) would deprive a person of a right to a fair trial or an impartial adjudication; (C) could reasonably be expected to constitute an unwarranted invasion of personal privacy; (D) could reasonably be expected to disclose the identity of a confidential source, including a State, local or foreign agency or authority or any private institution which furnished information on a confidential basis; and, in the case of a record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source; (E) would disclose techniques and procedures for law enforcement investigations or prosecutions or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or (F) could reasonably be expected to endanger the life or physical safety of any individual.

## PRIVACY ACT
### SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552a

(d)(5)  Materials compiled in reasonable anticipation of a civil action or proceeding.

(j)(2)  Material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals.

(k)(1)  Information which is currently and properly classified pursuant to Executive Order in the interest of the national defense or foreign policy.

(k)(2)  Material compiled during civil investigations for law enforcement purposes.

(k)(5)  Investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to an express promise that his identity would be held in confidence, or pursuant to an implied promise of confidentiality if such information was furnished prior to September 27, 1975.

(k)(6)  The substance of tests used to determine individual qualifications for appointment or promotion in Federal Government Service.

# PERSONAL HISTORY REPORT

| 1. FILE NO. I7-84-Z010 | 2. CLASS IDENTIFIER (b)(7)(E) |
|---|---|

**3. SUBMITTED AS** *(Check applicable boxes)*

☒ G-DEP SUBMISSION
  ☒ INITIAL
  ☐ SUPPLEMENTAL

☒ INFORMANT ESTABLISHMENT.
  ☐ REGULAR
  ☐ RESTRICTED USE (b)(7)(C)
  ☐ DEFENDANT

☐ ARREST
  ☐ INITIAL
  ☐ FUGITIVE

☐ FUGITIVE DECLARATION
☐ FOREIGN - REGISTERED

| 4. FILE TITLE |
|---|
| Harry BOWMAN |

| 5. DATE PREPARED |
|---|
| 10/02/84 |

**6. NAME** *(Last, First, Middle, Title, i.e., Capt., Dr., etc.)*
Bowman, Harry Joseph

| 7. NADDIS NUMBER |
|---|
| 58954 |

**8. ADDRESS** *(No., Street, City, State, ZIP Code)*
19321 Helen, Detroit, Michigan

| 9. ALIAS OR OTHER NAMES |
|---|

**10. PHONE NO.** *(Include Area Code)*
Unknown

**11. CHINESE TELEGRAPHIC NAME CODE**
N/A
TOCO, TACO

| 12. DATE OF BIRTH *(Mo., Day, Yr.)* 7/17/44 | 13. PLACE OF BIRTH *(City and State)* Michigan | 14. CITIZENSHIP U.S. | 15. ILLEGAL ALIEN ☐ Yes ☒ No |
|---|---|---|---|

| 16. NATIONAL ORIGIN U.S. | 17. RACE Caucasian | 18. SEX ☒ M ☐ F | 19. HEIGHT 5'10" | 20. WEIGHT 205 | 21. EYES Brown | 22. HAIR Brown |
|---|---|---|---|---|---|---|

**23. IDENTIFYING CHARACTERISTICS** *(Scars, Marks, Physical Defects, etc.)*

Tattoo: Upper Left Arm        Tattoo: Right Forearm
Tattoo: Upper Right Arm      Tattoo: Abdomen
Tattoo: Left Forearm

**24. OCCUPATION**                     CG / FAA Number
☐ Merchant Seaman
☐ Air Crewman/Pilot
☒ Other *(Specify)*   Construction

| 25. SOCIAL SECURITY NO. 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 | 26. FBI NO. 877767H | 27. DEA REGISTRATION NO. N/A | 28. OTHER NOS. *(Federal, State, Local)* SID: 604995 (MI) |
|---|---|---|---|

| 29. PASSPORT NO. N/A | 30. VISA APL. NO. N/A | 31. ISSUING COUNTRY N/A | 32. NAME ON PASSPORT N/A |
|---|---|---|---|

**33. DRIVER'S LICENSE**

| a. State or Country Michigan | b. Number B550298441564 | c. Expiration Date Unknown |
|---|---|---|

**34. VEHICLE REGISTRATION**

| a. Make Harley Davidson Motorcycle | b. Year of Vehicle 1973 |
|---|---|
| c. License No. | d. Year | e. State |

**35. CASE CLASSIFICATION IS BASED ON THIS SUBJECT ?**
☒ YES  ☐ NO

| 36. CLASS OF VIOLATOR *(Check one)* | Classified Under Drug Code: L |
|---|---|
| ☒ 1  ☐ 2  ☐ 3  ☐ 4 | |

(b)(7)(C)

| 37. FILE REFERENCES *(G-DEP ONLY)* |
|---|

**40. LOCATIONS OF CRIMINAL ACTIVITY** *(City, State, Country)*
United States and abroad.

**41a. CRIMINAL ASSOCIATES** *(Last, First Name)*
(b)(7)(C)

**41a. SOURCE OF SUPPLY** *(Name)*
Self

| 41b. NADDIS NO. |
|---|
| 41d. NADDIS NO. 58954 |

**42. PRIOR CRIMINAL RECORD**

| 43a. FAMILY *(Last, First, Middle Name)* | 43b. ADDRESS *(No., Street, City, State, ZIP Code)* |
|---|---|
| SPOUSE: unk. | unk. |
| FATHER: unk. | unk. |
| MOTHER: unk. | unk. |
| BROTHERS/SISTERS/CHILDREN *(Name and Relationship)* unk. | unk. |

DEA Form — 202
(May 1983)                    Previous edition dated 6/82 may be used until supply is exhausted.

| 44. DATE OF ARREST | | | 45. PLACE OF ARREST *(City and State)* | | 46. ARMED |
|---|---|---|---|---|---|
| N/A | | | N/A | | ☐ Yes  ☐ No |

| 47. | Released to other agency | Yes | No | 48. DATE | 49. AGENCY RELEASED TO | 50a. TYPE OF VIOLATION *(Possession, Sale, etc.)* |
|---|---|---|---|---|---|---|
| | | | | N/A | N/A | N/A |
| 51. | Prosecution authorized | | | 52. DATE | 53. JUDICIAL DISTRICT | 50b. MAJOR DRUG, Violator was Charged With *(Heroin, cocaine, etc.)* |
| | | | | N/A | N/A | N/A |
| 54. | Magistrate Hearing: Bound Over | | | 55. DATE | 56. BAIL AMOUNT | 57. BAIL POSTED | 58. PERSONAL RECOGNIZANCE |
| | | | | N/A | $ N/A | ☐ Yes  ☐ No  N/A | ☐ Yes  ☐ No  N/A |

59. REMARKS *(Refer to Item No. when applicable)*

Qualitative Criteria: Class I Violator
Time Period: 9/1/84-10/1/84

1. Harry Joseph BOWMAN is currently the National President of the OUTLAWS Motorcycle Gang, which gives him sole authority and control over every OUTLAWS Chapter in the United States. The National President directs all aspects of the gang's activities, including but not limited to extortion, prostitution, stolen property, gun running, and the illicit manufacture and world wide distribution of narcotics and dangerous drugs, with the latter being the primary source of income which perpetuates the organization. The main drugs manufactured and distributed by the OUTLAW's are methaqualone, Methamphetamine, Phencyclidine, and LSD.

2. BOWMAN, as National President, reisdes in the Detroit area, and is a documented member of the Detroit Chapter of the OUTLAW's gang, although his responsibilities as National President require that he travel extensively theughout the United States. The current membership of the Detroit Chapter of the OUTLAW's is documented as twelve members.

Quantitative Criteria: Class I Violator

1. The qualitative requirement for a Class I Violator is (b)(7)(C)                            b6
(b)(7)(C)                           Recent FBI intelligence indicates the OUTLAW's are   b7C
manufacturing "blotter type" LSD in the Pittsburgh, Pennsylvania area.  A recent FBI
investigation in which 11,000 D.U. of LSD were purchased from            , a west Pennsylvania
Chapter OUTLAW supports this.  Undercover negotiations by the FBI were conducted wherein an
additional 40,000 D.U. were reported as being "no problem".  Intelligence also indicates
BOWMAN is overseeing the laboratory and the distribution.  This lab alone is capable of
producing multi-thousand D.U. every 7-10 days, as demand dictates.  Intelligence indicates
there is also an LSD laboratory operating in the Detroit or north-western Ohio area.

2. A recent investigation conducted by DEA, Louisville, Kentucky, has documented the
purchase of a total of 4,000 D.U. of methaqualone during undercover operations from a member
of the Kentucky OUTLAWS Chapter.  Intelligence information supports the fact that the
methaqualone laboratory is operating in the Chattanooga, Tennessee area and is capable of
producing multi-thousand D.U. weekly, as demand dictates.

OUTLAW Members-Detroit Chapter:

1. BOWMAN, Harry Joseph, NADDIS 58954
SEE ATTACHED SHEET

| 60. AGENT'S NAME *(Print or Type)* | | 62. DATE |
|---|---|---|
| S/A (b)(7)(C),(b)(7)(F) | | 10/16/84 |
| 63. SUPERVISOR'S NAME *(Print or Type)* | | 66. DATE |
| G/S (b)(7)(C),(b)(7)(F)          (b)(7)(C) (b)(7)(F) | | 10-15-84 |
| | | 68. DATE |
| | ☐ Yes  ☐ No | 10/22/84 |
| | S APPROVAL | |

| 69. REVIEWED BY | 70. CONCURRENCE | 71. DATE |
|---|---|---|
| | ☐ Yes  ☐ No | 2 |

# REPORT OF INVESTIGATION

Page 1 of 4

| 1. PROGRAM CODE | 2. CROSS FILE | RELATED FILES. | 3. FILE NO. 17-84-Z010 | 4. G-DEP IDENTIFIER (b)(7)(E) |
|---|---|---|---|---|

| 5. BY: S/A (b)(7)(C),(b)(7)(F) AT: Detroit, Michigan | 6. FILE TITLE BOWMAN, Harry Joseph |
|---|---|

| 7. ☐ Closed ☐ Requested Action Completed ☐ Action Requested By: | 8. DATE PREPARED 10/4/84 |
|---|---|

9. OTHER OFFICERS:
S/A (b)(7)(C),(b)(7)(F)

10. REPORT RE:
CASE INITIATION

---

BASIS:

1.  The main target of this investigation, Harry Joseph BOWMAN, aka "TOCO" or "TACO", is currently the national President of the OUTLAWS Motorcycle Gang, an organization of individuals in the United States and throughout the world, whose major function and livelihood through numerous illicit activities, including prostitution, extortion, the procuring and sales of stolen property, and most significantly, the manufacture and trafficking of narcotics and dangerous drugs. The OUTLAW Motorcycle Gang is a "One-Percenter" club which means that it is one of the four biggest outlaw motorcycle gangs in the United States and abroad. It is generally understood that the OUTLAWS and another gang, the HELLS ANGELS are the two biggest of the organizations, and are currently at war.

2.  According to records from the Illinois Bureau of Investigation, Harry BOWMAN is believed to have taken the position of National President on or about May of 1984. Because of the nature of secrecy among OUTLAW motorcycle gangs, exact information as to the time he took over this position, is not available. However, surveillance photographs of an OUTLAW member's funeral, (b)(7)(C) in May of 1984, in Chicago, Illinois, showed BOWMAN at that time riding at the head of the procession, a position reserved only for the President. Additional intelligence information supports the belief that BOWMAN has been president at least since that time.

3.  The OUTLAWS Motorcycle Gang is known to be operated in and is described as a non-traditional form of organized crime, whose cohesiveness thrives on a code of silence that is seldom under the threat of death, broken, and that is self-perpetuating in its existence. The Detroit Chapter of the

---

| 11. DISTRIBUTION: | (b)(7)(C),(b)(7)(F) | 13. DATE |
|---|---|---|
| REGION | | |
| DISTRICT | | 15. DATE 10-15-84 |
| OTHER | | |

DEA Form – 6
(May 1980)

6/S GDP IV

51

DRUG ENFORCEMENT ADMINISTRATION
This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.
Previous edition may be used.

2

| REPORT OF INVESTIGATION<br>*(Continuation)* | 1. FILE NO.<br>IA-84-Z010 | 2. G-DEP IDENTIFIER<br>(b)(7)(E) |
|---|---|---|
| 4.            Page 2   of   4 | 3. FILE TITLE<br>BOWMAN, Harry Joseph | |
| 5. PROGRAM CODE | 6. DATE PREPARED<br>10/4/84 | |

OUTLAWS Motorcycle Gang has at present, approximately twenty numbers, although a specific number cannot again be dictated, because of the extreme secrecy of the organization. As National President, Harry BOWMAN, whose permanent address and affiliation is in Detroit, oversees and directs all activities of the various chapters throughout the United States, as well as relations abroad.

4.   According to a recent investigation by the Federal Bureau of Investigation, in Pittsburgh, Pennsylvania, the OUTLAWS Motorcycle Gang is operating an illicit LSD laboratory in the Detroit or western area of Ohio, that is responsible for the manufacture of large quantities of "blotter" type LSD. A total of eleven thousand dosage units of LSD have been seized off [          ], a member of the west Pennsylvania Chapter of the OUTLAWS Motorcycle Gang, and a negotiation by an undercover FBI agent was made for an additional forty thousand dosage units. At the time of the negotiation, the forty thousand was represented as not being any problem, in terms of quantity for delivery and that any additional amount could be delivered. According to their information, Harry BOWMAN is overseeing the laboratory and the distribution of the LSD. Charges are pending against two Toledo, Ohio members of the OUTLAWS Motorcycle Gang, [          ] and [          ] for the distribution of same.

b6
b7C

5.   In addition to the manufacture of LSD, further FBI intelligence information reveals that BOWMAN, within the past three months, has negotiated in the Pennsylvania area, for the delivery of at least two gallons of phenyl 2 propanone, a known precursor for the manufacture of methamphetamine.

6.   S/A (b)(7)(C),(b)(7)(F) [          ] acting in an undercover capacity (IA-84-Z002) in the Louisville area, purchased a total of four thousand units of methqualone tablets from a member of the Kentucky OUTLAWS,

(b)(7)(C),(b)(7)(F)

DEA Form — 6a
(May 1980)

DEA SENSITIVE
DRUG ENFORCEMENT ADMINISTRATION
This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the Agency to which loaned.

Previous edition may be used.

52

2

  
| REPORT OF INVESTIGATION *(Continuation)* | 1. FILE NO. IA-84-Z010 | 2. G-DEP IDENTIFIER (b)(7)(E) |
|---|---|---|
| | 3. FILE TITLE BOWMAN, Harry Joseph | |
| 4.     Page   3   of   4 | | |
| 5. PROGRAM CODE | 6. DATE PREPARED 10/4/84 | |

(b)(7)(C),(b)(7)(F)

7.   All activities of the OUTLAWS Motorcycle Gang indicate that they do, in fact, act in an organized, structured manner in order to facilitate their illicit activities and insure compliance with all demands.  They have a history of violence, and enforcement of compliance with club demands, that frequently ends in death.

TARGETS:

1.   The main target of this investigation is Harry BOWMAN, the National President of the OUTLAWS Motorcycle Gang, and those persons operating within his organization.  Because of the large scale association and control over the clubs through the United States and abroad, numerous additional persons will be targeted.  The members of the Detroit Chapter are at present, and as best intelligence indicates,

(b)(7)(C)

OBJECTIVES:

1.   The main objective of this investigation is the immobilization of the OUTLAWS Motorcycle Gang, and its president Harry BOWMAN.  This may be accomplished by the use of undercover operatives, financial investigations, and Title III Intercepts.  Additionally, the Detroit area is unique in that it is an international border with Canada.  Because the OUTLAWS conduct transactions worldwide, the monitoring of the Detroit River, with the assistance and cooperation of the U.S. Border Patrol and Immigration and Naturalization Service will also be used.  OUTLAW Motorcycle Gangs have traditionally used women as undercover operatives in record bureaus of all kinds, including the bureau of motor vehicles, and the court systems, including police departments.  Because of this, all activities of this investigation will be conducted on an extremely sensitive basis, and any undercover activities will be throughly supported by the proper undercover documentation of identify.

DEA Form — 6a
(May 1980)

DEA SENSITIVE
DRUG ENFORCEMENT ADMINISTRATION
This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the Agency to which loaned.

Previous edition may be used.

53

2

7a, e

FBI RECORD REQUEST

TO     :   E. JAMES KING
                              (b)(7)(C),(b)(7)(F)
FROM   :   SPECIAL AGENT

NAME OF SUBJECT  BOWMAN, HARRY JOSEPH

NADDIS      5B954

ADDRESS:
Residence  19324 HELEN DETROIT

BUSINESS _____

FORMER _____

RACE  CAUCASIAN

SEX      X  MALE              FEMALE

DOB  07/17/49          (APPROX.) _____

HEIGHT   5-10

WEIGHT   205

HAIR   BLA

EYES   BRO

POB   MICHIGAN

DATE  10/09/84

FILE TITLE  BOWMAN, HARR

FILE NUMBER  184Z010
                    (b)(7)(E)
G-DEP IDENTIFI

X  NEW CASE

___  ADDITIONAL SUBJECT OI
     ONGOING INVESTIGATIOI

___  COOPERATIVE CASE WITI

     (AGENCY)

_____

X  POSSIBLE INTERNATIONA
   ASPECTS

___  OTHER
     EXPLAIN _____

(DO NOT COMPLETE BELOW THIS LINE)

RESULTS OF CHECK:   ON_____, FBI S/A_____

Advised a query regarding the above individual revealed:

____  NO RECORD OF INFORMATION IDENTIFIABLE WITH SUBJECT.

____  FBI INFORMATION OBTAINED AS FOLLOWS:

(b)(7)(C),(b)(7)(F)

ZCZC22466 1742317
R 222055Z JUN 84
FM DEA HQS WASHDC
TO ALL DIVISIONS
BT
UNCLAS DEA 22466

SUBJECT: ACTIVE FBI OUTLAW MOTORCYCLE GANGS (OMG) CASES

LISTED BELOW ARE THE ACTIVE FBI CASES INVOLVING THE FOUR MAJOR
OMG EACH HELLS ANGELS, PAGANS, BANDIDOES, AND OUTLAWS.

THESE ARE FOR REFERENCE PURPOSES AND ARE AS FOLLOWS:

SAD HELLS ANGELS (b)(7)(C)          GFAN-84-9078

ALBANY:                    (AN 245B-7) (b)(7)(C)

AT                         (AN 245B-47) (b)(7)(C)

AT ANCHORAGE: HELLS ANGELS MOTORCYCLE GANG (AN 12B-54) (b)(7)(C)

SAD BALTIMORE: HELLS ANGELS MOTORCYCLE GANG (BA 183B-963) (b)(7)(C)

SAD BOSTON: HELLS ANGELS MOTORCYCLE GANG (BS 245B-3) (b)(7)(C)

BUFFALO:              (BO 12B-77) (b)(7)(C)

CLEVELAND:            (CV 183B-784 (b)(7)(C)
AT                    (CV 183B-937

A HELLS ANGELS MOTORCYCLE GANG (CV 12B-331 (b)(7)(C)
AT KIKER (CV 12B-132) (3/83)?

SAD COLUMBIA: HELLS ANGELS MOTORCYCLE GANG (CO 12B-158)

LOS ANGELES:          (LA 12B-NEW) (b)(7)(C)
AT                    (LA 245B-16)

MINNEAPOLIS:          (MP 183B-161) (b)(7)(C)

SAD NEW HAVEN: HELLS ANGELS MOTORCYCLE GANG (NJ 245B-47) (b)(7)(C)

A NEW YORK: HELLS ANGELS MOTORCYCLE GANG (NY 183B-2551)

OMAHA:          (OM 12B-156) (b)(7)(C)

AT PHOENIX: HELLS ANGELS MOTORCYCLE GANG (PX 183B-805)

PORTLAND: HELMURS (PD 183B-212) (b)(7)(C)
SAD                (PD 12B-NEW) (b)(7)(C)

AT RICHMOND: HELLS ANGELS/CONFEDERATE ANGELS (PH 183B-317) (b)(7)(C)

59

b6
b7C

b6
b7C

SACRAMENTO (b)(7)(C)
AT (SC 183B-622)
AT (SC 12B-154) (b)(7)(C)
(SC 2456B-18) (b)(7)(C)

SAD ST. LOUIS: (SL 12B-42)

SAN DIEGO: BEACH BUM (SD 183B-546)
SAD (SD 12B-251) (b)(7)(C)
AT (SD 183B-1193) (b)(7)(C)

SAN FRANCISCO
AT (SF 12B-NEW) (b)(7)(C)
AT (SF 183B-927) (b)(7)(C)
SAD (SF 12B-NEW) (b)(7)(C)
AT (SF 12B-171) (b)(7)(C)
SAD (SF 12B-NEW) (b)(7)(C)
FA (SF 12B-NEW) (b)(7)(C)
AT (SF 12B-236) (b)(7)(C)
(SF 12B 320)
AT (SF 12B-NEW) (b)(7)(C)
AT HELLS ANGELS MOTORCYCLE GANG (SF 92B-4158) (b)(7)(C)
AT (SF 12B-263) (b)(7)(C)
AT (SF 183B-961)
AT (SF 245B-30)
AT (SF 12B-NEW) (b)(7)(C)
AT (SF 183B-1260) (b)(7)(C)
AT (b)(7)(C) (SF 245B-13) (b)(7)(C)
SAD (SF 12B-NEW)
SAD (SF 12B-NEW) (b)(7)(C)
SAD (SF 12B-291)
(SF 12B-241)37

AT SPRINGFIELD (S1 245B-3) (b)(7)(C)

PAGANS

AT BALTIMORE PAGAN MOTORCYCLE GANG (BA 245B-4) (b)(7)(C)
I PARIAH (BA 245B-1)

SAD BROOKLYN-QUEENS (BQ 183B-3017) (b)(7)(C)

SAD COLUMBIA (CO 183B-485) (b)(7)(C)

AT NEWARK (NK 12B-315) (b)(7)(C)
AT NK 245B-4.

PHILADELPHIA ARCLIGHT (PH 245B-2)
AT PAGAN MOTORCYCLE GANG (PH 183B-1719) (b)(7)(C)

60



b6
b7C

PITTSBURGH

(PG 12B-244) (b)(7)(C)

(PG 12B-239) (b)(7)(C)

(PG 12B-18) (b)(7)(C)

(PG 12B-240

(PG 245B-37) (b)(7)(C)

(PG 12B-NEW (b)(7)(C)

(PG 12B-NEW

(PG 183B-1042 (b)(7)(C)

RICHMOND                    (RH 245B-9) (b)(7)(C)

OUTLAWS

ATLANTA OUTLAWS MOTORCYCLE GANG (AT 245B-74) (b)(7)(C)

BUFFALO OUTLAWS BUFFALO CHAPTER (BU 245B-7) (b)(7)(C)

CHARLOTTE COUNTERVAIL (CE 183B-629) (b)(7)(C)

CHICAGO OUTLAWS MOTORCYCLE GANG (CG 245B-12) (b)(7)(C)

CINCINNATI OUTLAWS MOTORCYCLE GANG (CI 12B-NEW) (b)(7)(C)

CLEVELAND OUTLAWS MOTORCYCLE GANG (CV 183B-705)

(CV 183B-947) (b)(7)(C)

(CV 245B-9) (b)(7)(C)

DETROIT, HARRY J. BOWMAN (DE 12B-361) 58954 (b)(7)(C)

INDIANAPOLIS OUTLAWS MOTORCYCLE GANG (IP 183B-409) (b)(7)(C)

JACKSONVILLE                (JK 12B-NEW) (b)(7)(C)

OUTLAWS MOTORCYCLE GANG (JK 183B-1000) (b)(7)(C)

(JK 183B-761) (b)(7)(C)

LOUISVILLE                  (LS 183B 680) (b)(7)(C)

MEMPHIS                     (ME 12B-NEW) (b)(7)(C)

(ME 12B-264) (b)(7)(C)

MIAMI OUTLAWS MOTORCYCLE CLUB (MM 183B-1983) (b)(7)(C)

NEW ORLEANS               (NO 1836-576) (b)(7)(C)

OKLAHOMA CITY OUTLAWS MOTORCYCLE GANG (OC 12B-330) (b)(7)(C)

PITTSBURGH HARRY J. BOWMAN (PG 245B-3) 58954

SAN FRANCISCO             (SF 12B-230) (b)(7)(C)

61

TAMPA OUTLAWS MOTORCYCLE GANG (TP 183B-1095) (b)(7)(C)

b6
b7C

BANDIDOS

AT  ALBUQUERQUE BANDIDO MOTORCYCLE GANG (AQ 245B-23)  (b)(7)(C)

AT  DALLAS BANDIDO MOTORCYCLE GANG (DL 12B-335)  (b)(7)(C)
    SAD                                    (DL 12B-187)  (b)(7)(C)

AT  DENVER BANDIDO MOTORCYCLE GANG (DN 245B-40)  (b)(7)(C)

    HOUSTON
SAD                     (HO 12B-168)  (b)(7)(C)
AT                      (HO 12B-113)  (b)(7)(C)
AT                      (HO 12B-NEW)  (b)(7)(C)
AT                      (HO 245B-NEW) (OO  (b)(7)(C)
AT                      (HO 245B-18)
SAD                     (HO 12B-259

AT  LITTLE ROCK         (LR 2458B-3)  (b)(7)(C)
        AT              (LR 12B-288)

AT  MINNEAPOLIS          (MP 245B-5)  (b)(7)(C)

SAD MOBILE              (MO 12B-78)  (b)(7)(C)

AT  NEW ORLEANS          (NO 183B-849
        AT              (NO 183B-833)  (b)(7)(C)
        AT              (NO 12B-233)

AT  PHOENIX             (PX 12B-NEW)  (b)(7)(C)

A   SAN ANTONIO         (SA 166B-626)

    SEATTLE WASHBAN (SE 245B-1)

(b)(7)(C),(b)(7)(F)  ACTING CHIEF
    B.T.


    NNNN                                      62

# Henry Gonzalez
### Attorney At Law

Also Admitted
   District of Columbia
   State of New York

708 Jackson Street
Tampa, Florida 33602
Telephone: (813) 221-2505
Fax: (813) 221-2205
Email: gonzalezlegal1@verizon.net

June 22, 2011

DEPARTMENT OF JUSTICE
Office of Information Policy
NYAV Building --11th Floor
Washington, D.C.  20530

### FREEDOM OF INFORMATION ACT APPEAL

Appeal Re:  Case Number  08-0898-F

Petitioner/Appellant, HARRY JOSEPH BOWMAN, through undersigned counsel, appeals the refusal to produce records, documents, or memorandums naming your Petitioner/Appellant, HARRY JOSEPH BOWMAN, in an investigation initiated by the DEA under the code name "Operation Silverspoke".

Petitioner/Appellant has identified specific named individuals that were investigated as part of "Operation Silverspoke".  Petitioner obtained from these named individuals their authority to have all such information, statements, documents pertaining to them be disclosed to Petitioner/Appellant.

Under date of April 27, 2011 the Freedom of Information/Privacy Act Unit, FOI/Records Management Section, denied Petitioner's request on the stated authority of Freedom of Information Act, 5U.S.C. 552 (b) (7) (c), (b) (7) (d), (b) (7) (e), (b) (7) (f) and Privacy Act 5 U.S.C. 522a (j) (2).The basis for refusal to produce documents, reports is without legal merit or authority because the decision is arbitrary.

# Henry Gonzalez

## Attorney At Law

Also Admitted
District of Columbia
State of New York

708 Jackson Street
Tampa, Florida 33602
Telephone: (813) 221-2505
Fax: (813) 221-2205
Email: gonzalezlegal1@verizon.net

OFFICE OF PROFESSIONAL RESPONSIBILITY
U.S. Department of Justice
1425 New York Avenue
Suite 11050
Washington, D.C., 20530-0001

Administrative Appeal
Refer to: 2011-740
Appellant: Harry Joseph Bowman
July 5, 2011

Your undersigned appears herein as Attorney for Appellant Harry Joseph

Bowman.

Enclosed herewith and made a part hereof is the response by Marilyn R. LaBrie,

Team Leader, Disclosure Division, to appellant's request under the Freedom of

Information Act. As can be easily determined from the response, there is absolutely

nothing disclosed that would or could be used to submit an argument for its failure

to produce. Suffice to say that Harry Joseph Bowman has been tried, convicted and is

serving the sentence imposed by the Court and in so doing has been incarcerated for

over eleven (11) years. This fact alone should diminish the reasons given for the

government's failure to submit answers as requested by Appellant, Harry Joseph

Bowman.

Such refusal to comply is arbitrary and not within the purvue of the provisions

of the Freedom of Information Act (5 USC 552) (b) (7) (C) and (D).

Respectfully Submitted,

HENRY GONZALEZ
Attorney for Appellant



**U.S. Department of Justice**

Office of Information Policy

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

JUL 08 2011

Henry Gonzalez, Esq.
708 Jackson Street
Tampa, FL 33602

     Re:  Request No. 08-0898-F

Dear Mr. Gonzalez:

     This is to advise you that your administrative appeal from the action of the Drug Enforcement Administration was received by this Office on June 30, 2011.

     The Office of Information Policy has the responsibility of adjudicating such appeals. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number **AP-2011-02352**.  Please mention this number in any future correspondence to this Office regarding this matter.

     We will notify you of the decision on your appeal as soon as we can.  If you have any questions about the status of your appeal you may contact me at the number above.

               Sincerely,

               Priscilla Jones
               Supervisory Administrative Specialist



**U.S. Department of Justice**

Office of Information Policy

_____

*Telephone: (202) 514-3642*                *Washington, D.C. 20530*
**JUL 2 8 2011**

Henry Gonzalez, Esq
708 Jackson Street
Tampa, FL  33602

   Re:  Request No. 2011-740-Harry Joseph Bowman

Dear Mr. Gonzalez:

   This is to advise you that your administrative appeal from the action of the Bureau of Alcohol, Tobacco, Firearms and Explosives was received by this Office on July 22, 2011.

   The Office of Information Policy has the responsibility of adjudicating such appeals. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number **AP-2011-02547**.  Please mention this number in any future correspondence to this Office regarding this matter.

   We will notify you of the decision on your appeal as soon as we can.  If you have any questions about the status of your appeal you may contact me at the number above.

                        Sincerely,

                        Priscilla Jones
                        Supervisory Administrative Specialist

Lipsitz Green Scime Cambria LLP

Attorneys at Law          42 Delaware Avenue, Suite 120, Buffalo, New York 14202-3924   P 716 849 1333   F 716 855 1580 (Not for Service)   www.lglaw.com

Paul J. Cambria, Jr. ¹³³
James T. Scime
Herbert L. Greenman
Patrick C. O'Reilly
Michael Schiavone
Laraine Kelley
William M. Feigenbaum
Joseph J. Gumkowski
Richard P. Weisbeck, Jr.
Mark L. Stulmaker
Barry Nelson Covert
Christopher S. Mattingly
Robert L. Boreanaz
Thomas M. Mercure
John A. Collins
George E. Riedel, Jr. ²
Michael P. Stuermer ³
Jeffrey E. Reina
Cherie L. Peterson
Sharon M. Heim
Paul J. Cieslik
Michael R. Weremblewski
Gregory P. Krull
Michele A. Braun
Michael S. Deal ⁴
Joseph J. Manna
William P. Moore
Jonathan W. Brown ³
Philip Scaffidi
Robert E. Ziske
Thomas C. Burnham
David C. Zimmerman ⁵
Teresa A. Bailey
John M. Lichtenthal
Patrick J. Mackey ⁵
Matthew B. Morey
Melissa A. Cavagnaro
Andrew O. Miller ³
Ian M. Jones
Timothy P. Murphy ¹
Rebecca J. Wanat
Elizabeth A. Holmes

OF COUNSEL
Richard Lipsitz
Carl A. Green
Eugene W. Salisbury ¹

SPECIAL COUNSEL
James W. Kirkpatrick
Denis A. Scinta
David G. Henry
Richard D. Furlong
Scott M. Schwartz
Diane M. Roberts
Christopher J. Smolka ¹⁷

LICENSED WORKERS'
COMPENSATION
REPRESENTATIVE
Keith T. Williams
Patricia N. Lyman

Seymour L. Schuller
1951-1988

Evan E. James
1955-1989

¹ Also admitted in District of Columbia
² Also admitted in Florida
³ Also admitted in California
⁴ Also admitted in Ohio
⁵ Also admitted in Illinois
⁶ Also admitted in New Jersey
⁷ Also admitted in Pennsylvania
⁸ Also admitted in Connecticut

August 9, 2011

U.S. Department of Justice
Office of Information Policy
NYAV Building, 11th Floor
Washington D.C. 20530

Re:   **FREEDOM OF INFORMATION / PRIVACY ACT ("FOI / PA")
APPEAL (28 C.F.R. §16.9)**

CASE NO.      08-0898-F

SUBJECT:      **Operation "Silverspoke"
All Statements Made By Anyone During the
Course of the Investigation that Refer to
Harry Joseph Bowman**

Ladies and Gentlemen:

Petitioner / Appellant, Harry Joseph Bowman ("BOWMAN"), by and through his counsel herein, appeals each and every part and component of the Drug Enforcement Administration ("DEA")'s refusal (through its Freedom of Information / Privacy Act Unit) to produce records, documents, or memoranda referring to BOWMAN in the DEA's investigation referenced above under the code name, "Operation Silverspoke." Said refusal related to BOWMAN's duly filed FOI / PA request, dated June 6, 2008.

BOWMAN has identified specific and named individuals that were part of the "Operation Silverspoke" investigation. BOWMAN has obtained from these individuals the authority to receive all information, statements and documents pertaining to them.

By correspondence, dated June 16, 2011, and its enclosures *(attached herein)*, the FOI / Records Management Section of the U.S. Department of Justice denied BOWMAN's request on the cited authority of the FOI (**5 U.S.C. §§ 552 [b][6], [b][7][C], [b][7][E], and [b][7][F]**). No provisions of the PA (5 U.S.C. §522a) were cited.

Lipsitz Green Scime Cambria LLP

U.S. Department of Justice
August 9, 2011
Page 2

The government's basis for its refusal to produce records, documents, or memoranda is vague, is without legal merit or authority, and constitutes an arbitrary and capricious action depriving BOWMAN of Due Process under the Fifth Amendment of the United States Constitution, as well as various statutory rights.

Respectfully submitted,

Timothy P. Murphy
Attorney for Appellant / Petitioner

TPM/kld

Enclosures

Cc:   Harry Joseph Bowman, #26595-039
      U.S. Penitentiary Coleman 2
      P.O. Box 1034
      Coleman, Florida 33521

      Henry Gonzalez, Esq.
      708 Jackson Street
      Tampa, Florida 33602

Writer's Extension: 323
Writer's Direct Fax: 716-855-1580
E-Mail: tmurphy@lglaw.com

1228871v1
53839.0001



**U.S. Department of Justice**
Drug Enforcement Administration
FOI/Records Management Section
8701 Morrissette Drive
Springfield, Virginia 22152

JUN 16 2011

Case Number: 08-0898-F

Subject: OPERATION "SILVERSPOKE" - ALL STATEMENT MADE BY ANYONE DURING
THE COURSE OF THE INVESTIGATION THAT REFER TO HARRY JOSEPH BOWMAN

Henry Gonzalez
708 Jackson Street
Tampa, FL 33602

Dear Mr. Gonzalez:

This letter responds to your Freedom of Information/Privacy Act (FOI/PA) request dated
June 06, 2008, addressed to the Drug Enforcement Administration (DEA), Freedom of
Information/Privacy Act Unit (SARF), seeking access to information regarding the above subject.

By letter dated April 27, 2011, DEA informed you that we will notify you if more material is
available for release pending the results of consultation with another government agency.
Consultation with the agency is complete.

The processing of your request identified certain materials that will be released to you.
Portions not released are being withheld pursuant to the Freedom of Information Act, 5 U.S.C. §
552, and/or the Privacy Act, 5 U.S.C. § 552a.  Please refer to the list enclosed with this letter that
identifies the authority for withholding the deleted material, which is indicated by a mark appearing
in the block next to the exemption.  An additional enclosure with this letter explains these
exemptions in more detail.  The documents are being forwarded to you with this letter.

The rules and regulations of the Drug Enforcement Administration applicable to Freedom of
Information Act requests are contained in the Code of Federal Regulations, Title 28, Part 16, as
amended.  They are published in the Federal Register and are available for inspection by members
of the public.

If you wish to appeal any denial of your request, you must make your appeal in writing and
it must be received by the Office of Information Policy within sixty (60) days of the date of this
letter pursuant to 28 C.F.R. § 16.9.  The appeal should be sent to the following address, with the
envelope marked "FOIA Appeal":

DEPARTMENT OF JUSTICE
OFFICE OF INFORMATION POLICY
NYAV BUILDING, 11TH FLOOR
WASHINGTON, D.C.  20530

Case Number: 08-0898-F                                              Page 2

  If you have any questions regarding this letter, you may contact our customer service support hotline on 202-307-7596.

                                           Sincerely,

                                           *Katherine Myrick*

                                           Katherine L. Myrick, Chief
                                           Freedom of Information/Privacy Act Unit
                                           FOI/Records Management Section

              Number of pages withheld:    0

              Number of pages released:    10

## APPLICABLE SECTIONS OF THE FREEDOM OF INFORMATION AND/OR PRIVACY ACT:

| **Freedom of Information Act 5 U.S.C. 552** | | | **Privacy Act 5 U.S.C. 552a** | |
|---|---|---|---|---|
| [ ] (b)(1) | [ ] (b)(5) | [X] (b)(7)(C) | [ ] (d)(5) | [ ] (k)(2) |
| [ ] (b)(2) | [X] (b)(6) | [ ] (b)(7)(D) | [ ] (j)(2) | [ ] (k)(5) |
| [ ] (b)(3) | [ ] (b)(7)(A) | [X] (b)(7)(E) | [ ] (k)(1) | [ ] (k)(6) |
| [ ] (b)(4) | [ ] (b)(7)(B) | [X] (b)(7)(F) | | |

Enclosure(s)

FREEDOM OF INFORMATION ACT
SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552

(b)(1)   Information which is currently and properly classified pursuant to Executive Order in the interest of the national defense or foreign policy.

(b)(2)   Materials related solely to the internal rules and practices of DEA.

(b)(3)   Information specifically exempted from disclosure by another federal statute.

(b)(4)   Privileged or confidential information obtained from a person, usually involving commercial or financial matters.

(b)(5)   Inter-agency or intra-agency documents which are subject to a privilege, such as documents the disclosure of which would have an inhibitive effect upon the development of policy and administrative direction, or which represent the work product of an attorney, or which reflect confidential communications between a client and an attorney.

(b)(6)   Materials contained in sensitive records such as personnel or medical files, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.

(b)(7)   Records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information (A) could reasonably be expected to interfere with enforcement  proceedings; (B) would deprive a person of a right to a fair trial or an impartial adjudication; (C) could reasonably be expected to constitute an unwarranted invasion of personal privacy; (D) could reasonably be expected to disclose the identity of a confidential source, including a State, local or foreign agency or authority or any private institution which furnished information on a confidential basis; and, in the case of a record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source; (E) would disclose techniques and procedures for law enforcement investigations or prosecutions or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or (F) could reasonably be expected to endanger the life or physical safety of any individual.


PRIVACY ACT
SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552a

(d)(5)   Materials compiled in reasonable anticipation of a civil action or proceeding.

(j)(2)   Material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals.

(k)(1)   Information which is currently and properly classified pursuant to Executive Order in the interest of the national defense or foreign policy.

(k)(2)   Material compiled during civil investigations for law enforcement purposes.

(k)(5)   Investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to an express promise that his identity would be held in confidence, or pursuant to an implied promise of confidentiality if such information was furnished prior to September 27, 1975.

(k)(6)   The substance of tests used to determine individual qualifications for appointment or promotion in Federal Government Service.

# PERSONAL HISTORY REPORT

| 1. FILE NO. | 2. |
|---|---|
| 17-84-2010 | (b)(7)(E) |

**3. SUBMITTED AS** (Check applicable boxes)

G-DEP SUBMISSION

☒ INITIAL

☐ SUPPLEMENTAL

☐ ARREST

☐ INITIAL

☐ FUGITIVE

INFORMANT/ESTABLISHMENT.

☒ REGULAR

☐ RESTRICTED USE (b)(7)(C)

☐ DEFENDANT

☐ FUGITIVE DECLARATION

☐ FOREIGN - REGISTERED

**4. FILE TITLE**

Harry BOWMAN

**5. DATE PREPARED**

10/02/84

**6. NAME** (Last, First, Middle, Title, i.e., Capt., Dr., etc.)

Bowman, Harry Joseph

**7. NADDIS NUMBER**

58954

**8. ADDRESS** (No., Street, City, State, ZIP Code)

19321 Helen, Detroit, Michigan

**9. ALIAS OR OTHER NAMES**

| **10. PHONE NO.** (Include Area Code) | **11. CHINESE TELEGRAPHIC NAME CODE** |
|---|---|
| Unknown | N/A |

TOCO, TACO

| **12. DATE OF BIRTH** (Mo., Day, Yr.) | **13. PLACE OF BIRTH** (City and State) | **14. CITIZENSHIP** | **15. ILLEGAL ALIEN** |
|---|---|---|---|
| 7/17/44 | Michigan | U.S. | ☐ Yes ☒ No |

| **16. NATIONAL ORIGIN** | **17. RACE** | **18. SEX** | **19. HEIGHT** | **20. WEIGHT** | **21. EYES** | **22. HAIR** |
|---|---|---|---|---|---|---|
| U.S. | Caucasian | ☒ M ☐ F | 5'10" | 205 | Brown | Brown |

**23. IDENTIFYING CHARACTERISTICS** (Scars, Marks, Physical Defects, etc.)

Tattoo: Upper Left Arm     Tattoo: Right Forearm
Tattoo: Upper Right Arm    Tattoo: Abdomen
Tattoo: Left Forearm

**24. OCCUPATION**                  CG / FAA Number

☐ Merchant Seaman

☐ Air Crewman/Pilot

☒ Other (Specify)     Construction

| **25. SOCIAL SECURITY NO.** | **26. FBI NO.** | **27. DEA REGISTRATION NO.** | **28. OTHER NOS.** (Federal, State, Local) |
|---|---|---|---|
| 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 | 877767E | | SID: 604995 (MI) |

| **29. PASSPORT NO.** | **30. VISA APL. NO.** | **31. ISSUING COUNTRY** | **32. NAME ON PASSPORT** |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

**33. DRIVER'S LICENSE**

| a. State or Country | b. Number | c. Expiration Date |
|---|---|---|
| Michigan | B550298441564 | Unknown |

**34. VEHICLE REGISTRATION**

| a. Make | b. Year of Vehicle |
|---|---|
| Harley Davidson Motorcycle | 1973 |

| c. License No. | d. Year | e. State |
|---|---|---|
| | | |

**35. CASE CLASSIFICATION IS BASED ON THIS SUBJECT ?**

☒ YES ☐ NO

**36. CLASS OF VIOLATOR** (Check one)

☒ 1 ☐ 2 ☐ 3 ☐ 4        Classified Under Drug Code:    L

(b)(7)(C)

**37. FILE REFERENCES** (G-DEP ONLY)

**40. LOCATIONS OF CRIMINAL ACTIVITY** (City, State, Country)

United States and abroad

**41a. CRIMINAL ASSOCIATES** (Last, First Name)

(b)(7)(C)

| **41c. SOURCE OF SUPPLY** (Name) | **41d. NADDIS NO.** |
|---|---|
| Self | 58954 |

**41b. NADDIS NO.**

**42. PRIOR CRIMINAL RECORD**

| **43a. FAMILY** (Last, First, Middle Name) | **43b. ADDRESS** (No., Street, City, State, ZIP Code) |
|---|---|
| SPOUSE:                          unk. | unk. |
| FATHER:                          unk. | unk. |
| MOTHER:                          unk. | unk. |
| BROTHERS/SISTERS/CHILDREN (Name and Relationship)  unk. | unk. |

DEA Form 202
(May 1983)

Previous edition dated 6/82 may be used until supply is exhausted.

| 44. DATE OF ARREST | | | 45. PLACE OF ARREST *(City and State)* | | 46. ARMED |
|---|---|---|---|---|---|
| N/A | | | N/A | | ☐ Yes   ☐ No |

| 47. | Released to other agency | Yes | No | 48. DATE | 49. AGENCY RELEASED TO | 50a. TYPE OF VIOLATION *(Possession, Sale, etc.)* |
|---|---|---|---|---|---|---|
| | | | | N/A | N/A | N/A |
| 51. | Prosecution authorized | | | 52. DATE  N/A | 53. JUDICIAL DISTRICT | 50b. MAJOR DRUG, Violator was Charged With *(Heroin, cocaine, etc.)*  N/A |
| 54. | Magistrate Hearing: Bound Over | | | 55. DATE | 56. BAIL AMOUNT  $ | 57. BAIL POSTED  ☐ Yes  ☐ No  N/A | 58. PERSONAL RECOGNIZANCE  ☐ Yes  ☐ No  N/A |

**59. REMARKS** *(Refer to Item No. when applicable)*

Qualitative Criteria: Class I Violator
Time Period: 9/1/84-10/1/84

1. Harry Joseph BOWMAN is currently the National President of the OUTLAWS Motorcycle Gang, which gives him sole authority and control over every OUTLAWS Chapter in the United States. The National President directs all aspects of the gang's activities, including but not limited to extortion, prostitution, stolen property, gun running, and the illicit manufacture and world wide distribution of narcotics and dangerous drugs, with the latter being the primary source of income which perpetuates the organization. The main drugs manufactured and distributed by the OUTLAW's are methaqualone, Methamphetamine, Phencycladine, and LSD.

2. BOWMAN, as National President, reisdes in the Detroit area, and is a documented member of the Detroit Chapter of the OUTLAW's gang, although his responsibilities as National President require that he travel extensively thoughout the United States. The current membership of the Detroit Chapter of the OUTLAW's is documented as twelve members.

Quantitative Criteria: Class I Violator

1. The qualitative requirement for a Class I Violator is (b)(7)(C)                    b6
(b)(7)(C)                                  Recent FBI intelligence indicates the OUTLAW's are      b7C
manufacturing "blotter type" LSD in the Pittsburgh, Pennsylvania area. A recent FBI
investigation in which 11,000 D.U. of LSD were purchased from          a west Pennsylvania
Chapter OUTLAW supports this. Undercover negotiations by the FBI were conducted wherein an
additional 40,000 D.U. were reported as being "no problem". Intelligence also indicates
BOWMAN is overseeing the laboratory and the distribution. This lab alone is capable of
producing multi-thousand D.U. every 7-10 days, as demand dictates. Intelligence indicates
there is also an LSD laboratory operating in the Detroit or northwestern Ohio area.

2. A recent investigation conducted by DEA, Louisville, Kentucky, has documented the
purchase of a total of 4,000 D.U. of methaqualone during undercover operations from a member
of the Kentucky OUTLAWS Chapter. Intelligence information supports the fact that the
methaqualone laboratory is operating in the Chattanooga, Tennessee area and is capable of
producing multi-thousand D.U. weekly, as demand dictates.

OUTLAW Members-Detroit Chapter:

1. BOWMAN, Harry Joseph, NADDIS 58954
SEE ATTACHED SHEET

| 60. AGENTS NAME *(Print or Type)*  S/A (b)(7)(C),(b)(7)(F) | | 62. DATE  10/16/84 |
|---|---|---|
| 63. SUPERVISOR'S NAME *(Print or Type)*  G/S (b)(7)(C),(b)(7)(F)                (b)(7)(C) (b)(7)(F) | | 65. DATE  10-15-84 |
| | ☑ Yes  ☐ No | 68. DATE  10/22/84 |
| | S APPROVAL | |
| 69. REVIEWED BY | 70. CONCURRENCE  ☐ Yes  ☐ No | 71. DATE  2 |

7c, e, f

# REPORT OF INVESTIGATION

Page 1 of 4

| 1. PROGRAM CODE | 2. CROSS FILE | RELATED FILES. | 3. FILE NO. 17-84-Z010 | 4. G-DEP IDENTIFIER (b)(7)(E) |
|---|---|---|---|---|

| 5. BY: S/A (b)(7)(C),(b)(7)(F) AT: Detroit, Michigan | 6. FILE TITLE BOWMAN, Harry Joseph |
|---|---|

| 7. ☐ Closed   ☐ Requested Action Completed   ☐ Action Requested By: | 8. DATE PREPARED 10/4/84 |
|---|---|

| 9. OTHER OFFICERS: S/A (b)(7)(C),(b)(7)(F) |
|---|

| 10. REPORT RE: CASE INITIATION |
|---|

## BASIS:

1. The main target of this investigation, Harry Joseph BOWMAN, aka "TOCO" or "TACO", is currently the national President of the OUTLAWS Motorcycle Gang, an organization of individuals in the United States and throughout the world, whose major function and livelihood through numerous illicit activities, including prostitution, extortion, the procuring and sales of stolen property, and most significantly, the manufacture and trafficking of narcotics and dangerous drugs. The OUTLAW Motorcycle Gang is a "One-Percenter" club which means that it is one of the four biggest outlaw motorcycle gangs in the United States and abroad. It is generally understood that the OUTLAWS and another gang, the HELLS ANGELS are the two biggest of the organizations, and are currently at war.

2. According to records from the Illinois Bureau of Investigation, Harry BOWMAN is believed to have taken the position of National President on or about May of 1984. Because of the nature of secrecy among OUTLAW motorcycle gangs, exact information as to the time he took over this position, is not available. However, surveillance photographs of an OUTLAW member's funeral, (b)(7)(C) in May of 1984, in Chicago, Illinois, showed BOWMAN at that time riding at the head of the procession, a position reserved only for the President. Additional intelligence information supports the belief that BOWMAN has been president at least since that time.

3. The OUTLAWS Motorcycle Gang is known is known to be operated in and is described as a non-traditional form of organized crime, whose cohesiveness thrives on a code of silence that is seldom under the threat of death, broken, and that is self-perpetuating in its existence. The Detroit Chapter of the

| 11. DISTRIBUTION: | (b)(7)(C),(b)(7)(F) | | 13. DATE |
|---|---|---|---|
| REGION | | | |
| DISTRICT | | 6/S  6P IV | 15. DATE 10-15-84 |
| OTHER | | | 51 |

DEA Form – 6
(May 1980)

DRUG ENFORCEMENT ADMINISTRATION
This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.
Previous edition may be used.

2

| REPORT OF INVESTIGATION<br>*(Continuation)* | 1. FILE NO.<br>IA-84-Z010 | 2. G DEP IDENTIFIER<br>(b)(7)(E) |
|---|---|---|
| | 3. FILE TITLE<br>BOWMAN, Harry Joseph | |

| 4.        Page  2  of  4 | |
|---|---|
| 5. PROGRAM CODE | 6. DATE PREPARED<br>10/4/84 |

OUTLAWS Motorcycle Gang has at present, approximately twenty numbers, although a specific number cannot again be dictated, because of the extreme secrecy of the organization. As National President, Harry BOWMAN, whose permanent address and affiliation is in Detroit, oversees and directs all activities of the various chapters throughout the United States, as well as relations abroad.

4.    According to a recent investigation by the Federal Bureau of Investigation, in Pittsburgh, Pennsylvania, the OUTLAWS Motorcycle Gang is operating an illicit LSD laboratory in the Detroit or western area of Ohio, that is responsible for the manufacture of large quantities of "blotter" type LSD. A total of eleven thousand dosage units of LSD have been seized off [          ], a member of the west Pennsylvania Chapter of the OUTLAWS Motorcycle Gang, and a negotiation by an undercover FBI agent was made for an additional forty thousand dosage units. At the time of the negotiation, the forty thousand was represented as not being any problem, in terms of quantity for delivery and that any additional amount could be delivered. According to their information, Harry BOWMAN is overseeing the laboratory and the distribution of the LSD. Charges are pending against two Toledo, Ohio members of the OUTLAWS Motorcycle Gang, [          ] and [          ], for the distribution of same.

b6
b7C

5.    In addition to the manufacture of LSD, further FBI intelligence information reveals that BOWMAN, within the past three months, has negotiated in the Pennsylvania area, for the delivery of at least two gallons of phenyl 2 propanone, a known precursor for the manufacture of methamphatemine.

6.    S/A (b)(7)(C),(b)(7)(F) [          ] acting in an undercover capacity (IA-84-Z002) in the Louisville area, purchased a total of four thousand units of methqualone tablets from a member of the Kentucky OUTLAWS,

(b)(7)(C),(b)(7)(F)

DEA SENSITIVE<br>DRUG ENFORCEMENT ADMINISTRATION<br>This report is the property of the Drug Enforcement Administration.<br>Neither it nor its contents may be disseminated outside the Agency to which loaned.<br>Previous edition may be used.

| REPORT OF INVESTIGATION | 1. FILE NO. | 2. G-DEP IDENTIFIER |
|---|---|---|
| *(Continuation)* | IA-84-Z010 | (b)(7)(E) |
| | 3. FILE TITLE | |
| | BOWMAN, Harry Joseph | |

4.   Page   3   of   4

| 5. PROGRAM CODE | 6. DATE PREPARED |
|---|---|
| | 10/4/84 |

(b)(7)(C),(b)(7)(F)

.7.   All activities of the OUTLAWS Motorcycle Gang indicate that they do, in fact, act in an organized, structured manner in order to facilitate their illicit activities and insure compliance with all demands.  They have a history of violence, and enforcement of compliance with club demands, that frequently ends in death.

TARGETS:

1.   The main target of this investigation is Harry BOWMAN, the National President of the OUTLAWS Motorcycle Gang, and those persons operating within his organization.  Because of the large scale association and control over the clubs through the United States and abroad, numerous additional persons will be targeted.  The members of the Detroit Chapter are at present, and as best intelligence indicates,

(b)(7)(C)

OBJECTIVES:

1.   The main objective of this investigation is the immobilization of the OUTLAWS Motorcycle Gang, and its president Harry BOWMAN.  This may be accomplished by the use of undercover operatives, financial investigations, and Title III Intercepts.  Additionally, the Detroit area is unique in that it is an international border with Canada.  Because the OUTLAWS conduct transactions worldwide, the monitoring of the Detroit River, with the assistance and cooperation of the U.S. Border Patrol and Immigration and Naturalization Service will also be used.  OUTLAW Motorcycle Gangs have traditionally used women as undercover operatives in record bureaus of all kinds, including the bureau of motor vehicles, and the court systems, including police departments.  Because of this, all activities of this investigation will be conducted on an extremely sensitive basis, and any undercover activities will be throughly supported by the proper undercover documentation of identify.

DEA Form — 6a
(May 1980)

DEA SENSITIVE
DRUG ENFORCEMENT ADMINISTRATION
This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the Agency to which loaned.

Previous edition may be used.

53

2

7a, l

**FBI RECORD REQUEST**

TO : E. JAMES KING [(b)(7)(C),(b)(7)(F)]

FROM : SPECIAL AGENT

NAME OF SUBJECT BOWMAN, HARRY JOSEPH

NADDIS SB954

ADDRESS:
Residence 19324 HELEN DETROIT

BUSINESS _____

FORMER _____

RACE CAUCASIAN

SEX X MALE        FEMALE _____

DOB 07/17/49        (APPROX.) _____

HEIGHT 5-10

WEIGHT 205

HAIR BLA

EYES BRO

POB MICHIGAN

DATE 10/09/89

FILE TITLE BOWMAN, HARR

FILE NUMBER 118422010 [(b)(7)(E)]

G-DEP IDENTIFI

X NEW CASE

_____ ADDITIONAL SUBJECT OI
ONGOING INVESTIGATION

_____ COOPERATIVE CASE WITH

(AGENCY)

_____

X POSSIBLE INTERNATIONA
ASPECTS

_____ OTHER
EXPLAIN

_____

(DO NOT COMPLETE BELOW THIS LINE)

_____

RESULTS OF CHECK; ON_____ , FBI S/A _____

Advised a query regarding the above individual revealed:

_____ NO RECORD OF INFORMATION IDENTIFIABLE WITH SUBJECT.

_____ FBI INFORMATION OBTAINED AS FOLLOWS:

(b)(7)(C),(b)(7)(F)

ZCZC22466 1742317
R 222055Z JUN 84
FM DEA HQS WASHDC
TO ALL DIVISIONS
BT
UNCLAS DEA 22466

SUBJECT: ACTIVE FBI OUTLAW MOTORCYCLE GANGS (OMG) CASES

LISTED BELOW ARE THE ACTIVE FBI CASES INVOLVING THE FOUR MAJOR
OMG EACH HELLS ANGELS, PAGANS, BANDIDOES, AND OUTLAWS

b6
b7C

THESE ARE FOR REFERENCE PURPOSES AND ARE AS FOLLOWS:

HELLS ANGELS (b)(7)(C)   *EFAN-84-9098*

ALBANY (b)(7)(C)    (AL 245B-7) (b)(7)(C)

(AL 245B-47) (b)(7)(C)

ANCHORAGE: HELLS ANGELS MOTORCYCLE GANG (AN 12B-54) (b)(7)(C)

BALTIMORE: HELLS ANGELS MOTORCYCLE GANG (BA 183B-963) (b)(7)(C)

BOSTON: HELLS ANGELS MOTORCYCLE GANG (BS 245B-3 (b)(7)(C)

BUFFALO (80 12B-77) (b)(7)(C)

CLEVELAND (b)(7)(C)   (CV 183B-784 (b)(7)(C)
(CV 183B-937

HELLS ANGELS MOTORCYCLE GANG (CV 12B-331
KIKER (CV 12B-132) (3)(83)

COLUMBIA: HELLS ANGELS MOTORCYCLE GANG (CO 12B-158)

LOS ANGELES (LA 12B-NEW) (b)(7)(C)
(LA 245B-16)

MINNEAPOLIS (MP 183B-161) (b)(7)(C)

NEW HAVEN: HELLS ANGELS MOTORCYCLE GANG (NJ 245B-47)

NEW YORK: HELLS ANGELS MOTORCYCLE GANG (NY 183B-2551)

OMAHA: (OM 12B-156)

PHOENIX: HELLS ANGELS MOTORCYCLE GANG (PX 183B-805) (b)(7)(C)

59

PORTLAND: HELMURS (PD 183B-212)
(PD 12B-NEW) (b)(7)(C)

RICHMOND: HELLS ANGELS/CONFEDERATE ANGELS (PH 183B-317) (b)(7)(C)

b6
b7C



SACRAMENTO (SC 183B-622) (b)(7)(C)
AT (SC 12B-154)
AT (SC 245B-18) (b)(7)(C)

SAD ST. LOUIS: (SU 12B-42) (b)(7)(C)

SAN DIEGO BEACH BUM (SD 183B-546)
SAD SD 12B-251 (b)(7)(C)
AT (SD 183B-1193) (b)(7)(C)

SAN FRANCISCO
AT (SF 12B-NEW) (b)(7)(C)
AT (SF 183B-927) (b)(7)(C)
SAD (SF 12B-NEW) (b)(7)(C)
A-1 (SF 12B-171) (b)(7)(C)
SAD (SF 12B-NEW) (b)(7)(C)
FAT (SF 12B-NEW)
AT SF 12B-236) (b)(7)(C)
AT (SF 12B 320)
AT (SF 12B-NEW) (b)(7)(C)
AT HELLS ANGELS MOTORCYCLE GANG (SF 92B-4158)
AT (SF 12B-263) (b)(7)(C)
AT (SF 183B-961)
AT (SF 245B-30)
SF 12B-NEW (b)(7)(C)
AT (SF 183B-1260) (b)(7)(C)
AT (b)(7)(C) SF 245B-13)
SAD (SF 12B-NEW
AT (SF 12B-NEW) (b)(7)(C)
SAD (SF 12B-291)
SAD (SF 12B-241)37

AT SPRINGFIELD (S1 245B-3) (b)(7)(C)

PAGANS

AT BALTIMORE PAGAN MOTORCYCLE GANG (BA 245B-4) (b)(7)(C)
I PARIAH (BA 245B-1) (b)(7)(C)

SAD BROOKLYN-QUEENS (BQ 183B-3017) (b)(7)(C)

SAD COLUMBIA (CO 183B-485) (b)(7)(C)

AT NEWARK (NK 12B-315) (b)(7)(C)
AT NK 245B-4)

PHILADELPHIA ARCLIGHT (PH 245B-2) (b)(7)(C)
AT PAGAN MOTORCYCLE GANG (PH 183B-1719)

60

b6
b7C

PITTSBURGH
(PG 12B-244) (b)(7)(C)
(PG 12B-239) (b)(7)(C)
(PG 12B-18) (b)(7)(C)
(PG 12B-240
(PG-245B-37) (b)(7)(C)
(PG 12B-NEW) (b)(7)(C)
(PG 12B-NEW)
(PG 183B-1042) (b)(7)(C)

AT   RICHMOND                              (RH 245B-9)          (b)(7)(C)

OUTLAWS

AT   ATLANTA OUTLAWS MOTORCYCLE GANG (AT 245B-74) (b)(7)(C)

AT   BUFFALO OUTLAWS, BUFFALO CHAPTER (BU 245B-7) (b)(7)(C)

     CHARLOTTE COUNTERVAIL (CE 183B-629)

AT   CHICAGO OUTLAWS MOTORCYCLE GANG (CG 245B-12) (b)(7)(C)

AT   CINCINNATI OUTLAWS MOTORCYCLE GANG (C1 12B-NEW) (b)(7)(C)

SAD  CLEVELAND OUTLAWS MOTORCYCLE GANG (CV 183B-705)
     SAD                      (CV 183B-947) (b)(7)(C)
     AT                       (CV 245B-9) (b)(7)(C)

AT   DETROIT, HARRY J. BOWMAN (DE 12B-361) 58954 (b)(7)(C)

AT   INDIANAPOLIS OUTLAWS MOTORCYCLE GANG (IP 183B-409) (b)(7)(C)
     SAD
     JACKSONVILLE              (JK 12B-NEW)
     AT   OUTLAWS MOTORCYCLE GANG (JK 183B-1000) (b)(7)(C)
                               (JK 183B-761) (b)(7)(C)

AT   LOUISVILLE               (LS 183B 680) (b)(7)(C)

SAD  MEMPHIS                  (ME 12B-NEW) (b)(7)(C)
     SAD                      (ME 12B-264) IG2

AT   MIAMI OUTLAWS MOTORCYCLE CLUB (MM 183B-1983) (b)(7)(C)

AT   NEW ORLEANS              (NO 1836-576) (b)(7)(C)

AT   OKLAHOMA CITY OUTLAWS MOTORCYCLE GANG (OC 12B-330) (b)(7)(C)

A    PITTSBURGH HARRY J. BOWMAN (PG 245B-3) 58954

SAD  SAN FRANCISCO            (SF 12B-230) (b)(7)(C)

AT   TAMPA OUTLAWS MOTORCYCLE GANG (TP 183B-1095) (b)(7)(C)

61

b6
b7C



BANDIDOS

AT ALBUQUERQUE BANDIDO MOTORCYCLE GANG (AQ 245B-23)

AT DALLAS BANDIDO MOTORCYCLE GANG (DL 12B-335
SAD (DL 12B-187)

AT DENVER BANDIDO MOTORCYCLE GANG (DN 245B-40)

SAD HOUSTON
AT (HO 12B-168)
AT (HO 12B-113)
AT (HO 12B-NEW)
AT (HO 245B-NEW)
SAD (HO 245B-18)
(HO 12B-259

AT LITTLE ROCK
AT (LR 245B-3)
(LR 12B-288)

AT MINNEAPOLIS (MP 245B-5)

SAD MOBILE (MO 12B-78)

AT NEW ORLEANS (NO 183B-849
AT (NO 183B-833)
AT (NO 12B-233)

AT PHOENIX (RX 12B-NEW

Ø SAN ANTONIO (SA 166B-6267)

AT SEATTLE WASHBAN (SE 245B-1)

ACTING CHIEF
BT

NNNN

62

(b)(7)(C)
(b)(7)(C)
(b)(7)(C)
(b)(7)(C)
(b)(7)(C)
(b)(7)(C)
(b)(7)(C)
(b)(7)(C)
(b)(7)(C)
(b)(7)(C)
(b)(7)(C),(b)(7)(F)



**U.S. Department of Justice**

Office of Information Policy

_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_

**AUG 18 2011**

Timothy P. Murphy, Esq.
Lipsitz Green Scime Cambria LLP
42 Delaware Avenue
Suite 120
Buffalo, NY  14202-3924

      Re:  Request No. 08-0898-F - Harry Joseph Bowman

Dear Mr. Murphy:

      This is to advise you that your administrative appeal from the action of the Drug
Enforcement Administration was received by this Office on August 10, 2011.

      The Office of Information Policy has the responsibility of adjudicating such appeals.
In an attempt to afford each appellant equal and impartial treatment, we have adopted a general
practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned
number **AP-2011-02816**.  Please mention this number in any future correspondence to this Office
regarding this matter.

      We will notify you of the decision on your appeal as soon as we can.  If you have any
questions about the status of your appeal you may contact me at the number above.

                   Sincerely,

                   Priscilla Jones
                   Supervisory Administrative Specialist



**U.S. Department of Justice**

Office of Information Policy

*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

NOV 0 2 2011

Henry Gonzalez, Esq.                     Re:    Appeal No. AP-2011-02352
708 Jackson Street                              Request No. 08-0898-F
Tampa, FL 33602                                 CAS:CDW

Dear Mr. Gonzalez:

You appealed on behalf of your client, Harry Joseph Bowman, from the action of the Drug Enforcement Administration (DEA) on his request for access to records concerning all statements made by anyone during the course of the investigation, "Silverspoke" that refer to Harry Joseph Bowman. I note that you have limited your appeal to DEA's use of exemptions to redact or withhold information responsive to your client's request.

The Freedom of Information Act provides for disclosure of many agency records. At the same time, Congress included in the FOIA nine exemptions from disclosure that provide protection for important interests such as personal privacy, privileged communications, and certain law enforcement activities. In order to provide your client with the greatest possible access to responsive records, please be advised that your client's request was reviewed under both the Privacy Act of 1974 and the FOIA. The records responsive to your client's request are exempt from the access provision of the Privacy Act pursuant to 5 U.S.C. § 552a(j)(2). See 28 C.F.R. § 16.98 (2011). Because these records are not available to him under the Privacy Act, his request has been reviewed under the FOIA.

After carefully considering your appeal, I am affirming DEA's action on your client's request. DEA properly withheld certain information that is protected from disclosure under the FOIA pursuant to:

5 U.S.C. § 552(b)(7)(C), which concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties;

5 U.S.C. § 552(b)(7)(D), which concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to disclose the identities of confidential sources and information furnished by such sources;

5 U.S.C. § 552(b)(7)(E), which concerns records or information compiled for law enforcement purposes the release of which would disclose techniques and procedures for law enforcement investigations or prosecutions; and

RECEIVED
NOV 1 4 2011

- 2 -

5 U.S.C. § 552(b)(7)(F), which concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to endanger the life or personal safety of an individual.

Please be advised that this Office's decision was made only after a full review of this matter.  Your appeal was assigned to an attorney with this Office who thoroughly reviewed and analyzed your appeal, your client's underlying request, and the actions of DEA in response to your client's request.

If your client is dissatisfied with my action on your appeal, the FOIA permits him to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Kenneth Cowter / for

Janice Galli McLeod
Associate Director

Lipsitz Green Scime Cambria LLP

Attorneys at Law          42 Delaware Avenue, Suite 120, Buffalo, New York 14202-3924   p 716 849 1333   f 716 855 1580 (Not for Service)   www.lglaw.com

Paul J. Cambria, Jr. 1,3
James T. Scime
Herbert L. Greenman
Patrick C. O'Reilly
Michael Schiavone
Laraine Kelley
William M. Felgenbaum
Joseph J. Gumkowski
Richard P. Weisbeck, Jr.
Mark L. Stulmaker
Barry Nelson Covert
Christopher S. Mattingly
Thomas M. Mercure
John A. Collins
George E. Riedel, Jr. 2
Michael P. Stuermer 3
Jeffrey F. Reina
Cherie L. Peterson
Sharon M. Heim
Paul J. Cieslik
Michael R. Weremblewski
Gregory P. Krull
Michele A. Braun
Michael S. Deal 4
Joseph J. Manna
William P. Moore
Jonathan W. Brown 5
Philip Scaffidi
Robert E. Ziske
Thomas C. Burnham
David C. Zimmerman 5
Teresa A. Bailey
John M. Lichtenthal
Patrick J. Mackey 5
Matthew B. Morey
Melissa A. Cavagnaro
Andrew O. Miller 5
Ian M. Jones
Timothy P. Murphy 5
Rebecca J. Wanat
Elizabeth A. Holmes

OF COUNSEL
Richard Lipsitz
Carl A. Green
Eugene W. Salisbury 1

SPECIAL COUNSEL
James W. Kirkpatrick
Denis A. Scinta
David G. Henry
Richard D. Furlong
Scott M. Schwartz
Diane M. Roberts
Christopher J. Smolka 1,7

LICENSED WORKERS'
COMPENSATION
REPRESENTATIVE
Keith T. Williams
Patricia N. Lyman

Seymour L Schuler
1951-1988

Evan E. James
1955-1989

1 Also admitted in District of Columbia
2 Also admitted in Florida
3 Also admitted in California
4 Also admitted in Ohio
5 Also admitted in Illinois
6 Also admitted in New Jersey
7 Also admitted in Pennsylvania
8 Also admitted in Connecticut

November 11, 2011

U.S. Department of Justice
Office of Information Policy
NYAV Building, 11th Floor
Washington D.C. 20530

Re:   **FREEDOM OF INFORMATION / PRIVACY ACT ("FOI / PA")
      APPEAL (28 C.F.R. §16.9)**

      CASE NO.     08-0898-F

      SUBJECT:     **Operation "Silverspoke"
                   All Statements Made By Anyone During the
                   Course of the Investigation that Refer to Harry
                   Joseph Bowman**

Petitioner / Appellant, Harry Joseph Bowman, by and through his counsel herein, *encloses* at your request, the Certification of Identity document completed by Mr. Bowman.

Please let me know if there is anything else I may do to expedite this process.

Respectfully submitted,

Timothy P. Murphy
Attorney for Petitioner / Appellant

Cc:   Harry Joseph Bowman, #26595-039
      U.S. Penitentiary Coleman 2
      P.O. Box 1034
      Coleman, Florida 33521

      Henry Gonzalez, Esq.
      708 Jackson Street
      Tampa, Florida 33602

**U.S Department of Justice**

## Certification of Identity



08-0898-F

FORM APPROVED OMB NO. 1103-0016
EXPIRES 10/31/13

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]  HARRY Joseph BOWMAN

Citizenship Status [2]  U.S. Citizen   Social Security Number [3]  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

Current Address  FCC U.S. Penn II PO Box 1034 Coleman, FL 33521

Date of Birth  July 17, 1949   Place of Birth  St. Clair County, Michigan

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4]  Harry Bowman   Date  10/31/11
original

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b). I authorize the U.S. Department of Justice to release any and all information relating to me to:

Timothy Murphy Attorney At Law   42 Delwate Ave Suite 120 Buffalo, NY 14202

**Print or Type Name**

10/31/11

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

FORM DOJ-361



**U.S. Department of Justice**

Office of Information Policy

*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC  20530-0001*

*Telephone: (202) 514-3642*

NOV 1 8 2011

Timothy P. Murphy, Esq.
Lipsitz Green Scime Cambria LLP     Re:     Appeal No. AP-2011-02816
Suite 120                                   Request No. 08-0898-F
Buffalo, NY  14202-3924                     CAS:CDW

Dear Mr. Murphy:

     You appealed on behalf of Harry Joseph Bowman from the action of the Drug
Enforcement Administration (DEA) on his request for access to all records containing statements
made by anyone during the course of the investigation "Operation Silverspoke" that refer to him.

     In a telephone conversation on October 19, 2011, you informed me that you never
submitted a DOJ Form 361 from Mr. Bowman authorizing this Office to correspond with you
concerning his request.  You further indicated that you planned to contact him to obtain the
necessary release.  To date, we have not received Mr. Bowman's authorization.  If we have not
received his authorization in thirty calendar days from the date of this letter, we will assume you
are no longer interested in receiving the appeal adjudication on behalf of Mr. Bowman.  Please
do not hesitate to contact me at (202) 616-5501 if you have any questions.

                    Sincerely,

                    Celeste Daise Wheeler
                    Attorney-Advisor



NOV 3 2 2011

## Lipsitz Green Scime Cambria LLP

**Attorneys at Law**   42 Delaware Avenue, Suite 120, Buffalo, New York 14202-3924  P 716 849 1333  F 716 855 1580 (Not for Service)  www.lglaw.com

Paul J. Cambria, Jr. [1,3]
James T. Scime
Herbert L. Greenman
Patrick C. O'Reilly
Michael Schiavone
Laraine Kelley
William M. Feigenbaum
Joseph J. Gumkowski
Richard P. Weisbeck, Jr.
Mark L. Stulmaker
Barry Nelson Covert
Christopher S. Mattingly
Robert L. Boreanaz
Thomas M. Mercure
John A. Collins
George E. Riedel, Jr. [2]
Michael P. Stuermer [3]
Jeffrey F. Reina
Cherie L. Peterson
Sharon M. Heim
Paul J. Cieslik
Michael R. Weremblewski
Gregory P. Krull
Michele A. Braun
Michael S. Deal [3]
Joseph J. Manna
William P. Moore
Jonathan W. Brown [3]
Philip Scaffidi
Robert E. Ziske
Thomas C. Burnham
David C. Zimmerman [5]
Teresa A. Bailey
John M. Lichtenthal
Patrick J. Mackey [3]
Matthew B. Morey
Melissa A. Cavagnaro
Andrew O. Miller [3]
Ian M. Jones
Timothy P. Murphy [1]
Rebecca J. Wanat
Elizabeth A. Holmes

OF COUNSEL
Richard Lipsitz
Carl A. Green
Eugene W. Salisbury [1]

SPECIAL COUNSEL
James W. Kirkpatrick
Denis A. Scinta
David G. Henry
Richard D. Furlong
Scott M. Schwartz
Diane M. Roberts
Christopher J. Smolka [1,3]

LICENSED WORKERS'
COMPENSATION
REPRESENTATIVE
Keith T. Williams
Patricia N. Lyman

Seymour L. Schuller
1951-1988

Evan E. James
1955-1989

[1] Also admitted in District of Columbia
[2] Also admitted in Florida
[3] Also admitted in California
[4] Also admitted in Ohio
[5] Also admitted in Illinois
[6] Also admitted in New Jersey
[7] Also admitted in Pennsylvania
[8] Also admitted in Connecticut

November 28, 2011

U.S. Department of Justice
Office of Information Policy
Suite 11050
1425 New York Avenue, NW
Washington D.C. 20530-0001

Attn:   Celeste Daise Wheeler
        Attorney-Advisor

Re:   **FREEDOM OF INFORMATION / PRIVACY ACT ("FOI / PA")
      APPEAL (28 C.F.R. §16.9)**

      **CASE NO.**   08-0898-F

      **Appeal No.**   AP-2011-02816

      **SUBJECT:**   **Operation "Silverspoke"
      All Statements Made By Anyone During the
      Course of the Investigation that Refer to
      Harry Joseph Bowman**

Dear Ms. Wheeler,

This is in response to your correspondence, dated November 18, 2011, wherein you indicated that we had not responded to your October 19, 2011, phone request for a DOJ Form 361 from Mr. Bowman.

*Enclosed* herein is a photocopy of both the cover letter I sent to the U.S. Department of Justice, Office of Information Policy, dated November 11, 2011, as well as the Form 361 completed by my client, Mr. Bowman. Indeed, we diligently and promptly responded to your phone request for this completed form. Moreover, my client is in a maximum security federal prison in Florida, and it often takes some time for us to exchange forms and correspondence.

To be clear, Mr. Bowman fully intends on pursuing the instant appeal to the fullest extent under the law. Respectfully, any administrative misfiling, etc., by the DOJ of my client's Form 361 should not be held against Mr. Bowman.

1341244v1
44697.0003

Lipsitz Green Scime Cambria LLP

U.S. Department of Justice
November 28, 2011
Page 2

Please let me know if there is anything else I may do to expedite this process.

Respectfully submitted,

Timothy P. Murphy
Attorney for Petitioner / Appellant

TPM/cmg

Enclosures

Cc:   Harry Joseph Bowman, #26595-039
       U.S. Penitentiary Coleman 2
       P.O. Box 1034
       Coleman, Florida 33521

       Henry Gonzalez, Esq.
       708 Jackson Street
       Tampa, Florida 33602

Writer's Extension: 323
Writer's Direct Fax: 716-855-1580
E-Mail: tmurphy@lglaw.com

1228871v1
53839.0001



**U.S. Department of Justice**

Office of Information Policy

*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

JAN 1 9 2012

Timothy P. Murphy, Esq.
Lipsitz Green Scime Cambria LLP
Suite 120
Buffalo, NY 14202-3924

Re:     Appeal No. AP-2011-02816
        Request No. 08-0898-F
        CAS:CDW

Dear Mr. Murphy:

You appealed on behalf of your client, Harry Joseph Bowman, from the action of the Drug Enforcement Administration on his request for access to all records containing statements made by anyone during the course of the investigation "Operation Silverspoke" that refer to him. I note that you have limited your appeal to DEA's use of exemptions to redact or withhold information responsive to your client's request.

The Freedom of Information Act provides for disclosure of many agency records. At the same time, Congress included in the FOIA nine exemptions from disclosure that provide protection for important interests such as personal privacy, privileged communications, and certain law enforcement activities. In order to provide your client with the greatest possible access to responsive records, please be advised that your client's request was reviewed under both the Privacy Act of 1974 and the FOIA. The records responsive to your client's request are exempt from the access provision of the Privacy Act pursuant to 5 U.S.C. § 552a(j)(2). See 28 C.F.R. § 16.98 (2011). Because these records are not available to him under the Privacy Act, his request has been reviewed under the FOIA. After carefully considering your appeal, I am affirming DEA's action on your request.

DEA properly withheld certain information that is protected from disclosure under the FOIA pursuant to:

5 U.S.C. § 552(b)(6), which concerns material the release of which would constitute a clearly unwarranted invasion of the personal privacy of third parties;

5 U.S.C. § 552(b)(7)(C), which concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties;

5 U.S.C. § 552(b)(7)(E), which concerns records or information compiled for law enforcement purposes the release of which would disclose techniques and procedures for law enforcement investigations or prosecutions; and

RECEIVED
JAN 2 4 2012

- 2 -

5 U.S.C. § 552(b)(7)(F), which concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to endanger the life or personal safety of an individual.

Please be advised that this Office's decision was made only after a full review of this matter. Your appeal was assigned to an attorney with this Office who thoroughly reviewed and analyzed your appeal, your client's underlying request, and the actions of DEA in response to his request.

If your client is dissatisfied with my action on your appeal, the FOIA permits him to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Janice Galli McLeod
Associate Director