UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HARRY JOSEPH BOWMAN,

    Plaintiff,

v.                                          CASE NO.: 8:12-cv-1164-T-23AEP

THE UNITED STATES DRUG
ENFORCEMENT AGENCY, *et al.*,

    Defendants.
_____/

## ORDER

The parties' joint motion (Doc. 40) to stay the case pending the plaintiff's submission of a new FOIA request and pending ongoing settlement discussions is **GRANTED**. This action is **STAYED** pending further order. Each party may move to lift the stay for good cause; the parties must comply strictly with Local Rule 3.01(g). The pending motions (Docs. 32 and 38), which address the original FOIA requests, are **DENIED AS MOOT**.

The clerk will administratively close the case.

ORDERED in Tampa, Florida, on July 3, 2014.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE